Nicholas M. M. Drum, OSB #063167
Dayna J. Christian, OSB #973360
Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, Oregon 97209
Phone: (503) 802-5533
Fax: (503) 802-5351
E-Mail: nick.drum@immixlaw.com
E-Mail: dayna.christian@immixlaw.com

Attorneys for Plaintiff Billups, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BILLUPS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBASSADOR TECHNOLOGIES, INC. dba BYPROXIE, a foreign corporation; HOMETOWN HEART, a foreign corporation; EAZE TECHNOLOGIES INC., a foreign corporation; and HERBAN INDUSTRIES CA LLC, a foreign limited liability company,<br><br>Defendants. | Case No.: 3:20-CV-00891<br><br>**FIRST AMENDED COMPLAINT**<br>(Breach of Contract, Unjust Enrichment)<br><br>JURY TRIAL DEMANDED |

COMES NOW Plaintiff, Billups, Inc. ("Plaintiff"), by and through undersigned counsel, and hereby alleges as follows:

## PARTIES

1.

Plaintiff is an Oregon corporation duly authorized to conduct business in Oregon. Plaintiff is an advertising company that specializes in the placement of certain Out of Home ("OOH") and other media advertising for both companies and advertising agencies.

Page 1–   FIRST AMENDED COMPLAINT

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR 97209
Telephone: 503-802-5533
Facsimile: 503-802-5351

2.

At all material times, Defendant Ambassador Technologies, Inc., doing business under the assumed business name ByProxie ("ByProxie") is and has been a foreign corporation, registered in Delaware and having its principal place of business in California.  ByProxie is not registered with the Oregon Secretary of State to conduct business in Oregon. ByProxie is an advertising agency.

3.

At all material times, Defendant HomeTown Heart ("HTH") is and has been a foreign nonprofit benefit corporation, registered and headquartered in California. HTH is a cannabis dispensary that, during the material times described below, sold cannabis exclusively through Herban Industries CA LLC's online platform. On information and belief, HTH was acquired by Defendant Eaze Technologies, Inc. ("Eaze"), a Delaware corporation that operates in California.

4.

At all material times, Defendant Herban Industries CA LLC ("Herban") is and has been a foreign limited liability company, registered and headquartered in California. Herban specializes in cannabis delivery under the brand names "CaliChill" and "Chill." Herban exclusively delivered and sold cannabis that was provided by and through HTH. At the material times of the contracts discussed below, Herban and HTH were jointly owned by nonparty DionyMed, Inc. ("DionyMed"), a foreign corporation in Canada that was in the cannabis industry but is now insolvent and in receivership. Herban is not registered with the Oregon Secretary of State to conduct business in Oregon.

5.

On information and belief, Eaze's acquisition of HTH included its assets and liabilities, including the liability for the media campaigns that are the subject of this Complaint. In the

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

1  alternative, Eaze has subsequently used HTH's assets to continue the business of HTH and, as

2  such, is liable for HTH's liabilities under the doctrine of successor liability.

3  **VENUE AND JURISDICTION**

4  6.

5  Federal diversity jurisdiction exists pursuant to 28 U.S.C. § 1332 because Plaintiff is a

6  resident of a different state from all Defendants and because the value of the matter in

7  controversy exceeds $75,000.00.

8  7.

9  Venue in this district is proper pursuant to 28 U.S.C. § 1391 because a substantial part

10  of the actions on which the claim is based occurred in the District of Oregon.

11  8.

12  Further, venue in this district is proper because, as alleged below, ByProxie, acting as

13  Herban and HTH's agent, entered into multiple contracts with Plaintiff, each of which state

14  that " any action initiated by [Plaintiff] to collect upon any overdue or outstanding invoices

15  or any other amount owed under this Agreement … shall be litigated in any State or United

16  States District Court in Oregon.

17  **FACTS**

18  9.

19  In or around April 2019, HTH and Herban were jointly owned by DionyMed. Though

20  separate companies, DionyMed used HTH and Herban in tandem for one principal purpose: to

21  sell and deliver cannabis online in California. HTH, as a dispensary in California, would sell

22  the cannabis, while Herban would provide an online user-facing platform called Chill or

23  Calichill, whereby users could order the delivery of HTH's cannabis. Herban exclusively sold

24  HTH's cannabis and, during the contracts discussed below, sold no other dispensary's

25  cannabis.

26

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

10.

In order to accomplish this joint purpose, HTH and Herban appointed ByProxie to act as their advertising agent. Specifically, HTH and Herban appointed ByProxie to arrange and execute an advertising campaign, wherein their advertising content ("Content") would be displayed on various OOH sites in California and on other media. On information and belief, ByProxie was duly authorized to sign contracts on behalf of HTH and Herban in furtherance of their advertising campaign.

11.

ByProxie, acting both for itself and as Herban and HTH's agent, entered into multiple agreements with Plaintiff for the provision of advertising services in furtherance of their advertising campaign ("Media Authorization Agreements").

12.

Under the Media Authorization Agreements, Plaintiff agreed to arrange for Herban and HTH's Content to be displayed at specific OOH sites or on various media, for a specific length of time and at a certain price.

13.

The Media Authorization Agreements state that Plaintiff would invoice ByProxie on a monthly basis for the services rendered in the previous calendar month. The Media Authorization Agreements and the invoices together formed a contract between Plaintiff on the one hand and ByProxie, Herban, and HTH on the other hand.

14.

The Media Authorization Agreements state that, if ByProxie was acting as the agent of an advertising customer, such as Herban and HTH, then the underlying customer "shall guarantee" ByProxie's "payment of all charges, expenses and costs arising out of all contracts …." Herban and HTH authorized ByProxie to sign all Media Authorization Agreements as Herban and HTH's agent.

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

15.

In signing the Media Authorization Agreements, Herban, HTH, and ByProxie agreed that the prevailing party in any action initiated by Plaintiff to collect upon any amount due thereunder "shall be entitled to collect its reasonable attorneys' fees, expert fees, cost, and disbursements."

16.

In signing the Media Authorization Agreements, Herban, HTH and ByProxie expressly consented to jurisdiction and venue in the State of Oregon.

**The First Contract**

17.

On April 23, 2019, ByProxie, acting as Herban and HTH's agent, signed Plaintiff's Media Authorization form and Plaintiff sent corresponding invoices attached herein and incorporated as Exhibit "A," known to Plaintiff as MA 27685 (the "First Contract").  Under the First Contract, Plaintiff agreed to provide certain advertising services, including producing, installing, and displaying the Content on certain OOH media locations at various times between April 29, 2019 and June 9, 2019. In exchange, Defendants ByProxie Herban and HTH agreed to pay Plaintiff $197,652.00.

18.

Plaintiff fully performed under the First Contract and invoiced ByProxie for the contract sum of $197,652.00. On information and belief, ByProxie invoiced HTH and Herban, who failed to pay the same.

19.

To date, Plaintiff has received $36,607.14 for its performance of the First Contract, leaving a deficiency of $161,044.86 that is due and owing.

/ / /

/ / /

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

**The Second Contract**

20.

On May 1, 2019, ByProxie, acting as Herban and HTH's agent, signed Plaintiff's Media Authorization form and Plaintiff sent corresponding invoices attached herein and incorporated as Exhibit "B," known to Plaintiff as MA 27649 (the "Second Contract"). Under the Second Contract, Plaintiff agreed to provide certain advertising services, including producing, installing, and displaying the Content on certain OOH sites at various times between April 29, 2019 and December 29, 2019. In exchange, Defendants ByProxie, Herban, and HTH agreed to pay Plaintiff $132,805.36.

21.

Plaintiff fully performed under the Second Contract and invoiced ByProxie for the contract sum of $132,805.36. On information and belief, ByProxie invoiced HTH and Herban, who failed to pay the same.

22.

To date, Plaintiff has received $13,392.86 for its performance of the Second Contract, leaving a deficiency of $119,412.50 that is presently due and owing.

**The Third Contract**

23.

On May 20, 2019, ByProxie, acting as Herban and HTH's agent, signed Plaintiff's Media Authorization form and Plaintiff sent corresponding invoices attached herein and incorporated as Exhibit "C," known to Plaintiff as MA 27869 (the "Third Contract"). Under the Third Contract, Plaintiff agreed to provide certain advertising services, including installing, producing, and displaying the Content on certain OOH sites at various times between June 1, 2019 and July 21, 2019. In exchange, Defendants ByProxie, Herban, and HTH agreed to pay Plaintiff $226,802.33.

/ / /

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

1          24.

2          Plaintiff fully performed under the Third Contract and invoiced ByProxie for the

3     contract sum of $226,802.33. On information and belief, ByProxie invoiced HTH and Herban,

4     who failed to pay the same.

5          25.

6          To date, Plaintiff has received $47,515.00 for its performance of the Third Contract,

7     leaving a deficiency of $179,287.33 that is due and owing.

8                                   **The Fourth Contract**

9          26.

10         On June 24, 2019 ByProxie, acting as Herban and HTH's agent, signed Plaintiff's

11     Media Authorization form dated June 19, 2019 and Plaintiff sent corresponding invoices

12     attached herein and incorporated as Exhibit "D," known to Plaintiff as MA 28100 (the "Fourth

13     Contract").  Under the Fourth Contract, Plaintiff agreed to provide certain advertising services,

14     including installing, producing, and displaying the Content on certain OOH sites at various

15     times between July 1, 2019 and August 4, 2019. In exchange, Defendants ByProxie, Herban

16     and HTH agreed to pay Plaintiff $219,725.00.

17         27.

18         Plaintiff fully performed under the Fourth Contract and invoiced ByProxie for the

19     contract sum of $219,725.00. On information and belief, ByProxie invoiced HTH and Herban,

20     who failed to pay the same.

21         28.

22         To date, Plaintiff has not received any portion of the $219,725.00 that is due and owing

23     under the Fourth Contract.

24     / / /

25     / / /

26     / / /

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR 97209
Telephone: 503-802-5533
Facsimile: 503-802-5351

**The Fifth Contract**

29.

On June 24, 2019 ByProxie, acting as Herban and HTH's agent, signed Plaintiff's Media Authorization form dated June 19, 2019 and Plaintiff sent corresponding invoices attached herein and incorporated as Exhibit "E," known to Plaintiff as MA 28285 (the "Fifth Contract").  Under the Fifth Contract, Plaintiff agreed to provide certain advertising services, including installing, producing, and displaying the Content on certain OOH sites at various times between August 5, 2019 and September 1, 2019. In exchange, Defendants ByProxie, Herban, and HTH agreed to pay Plaintiff $246,267.00.

30.

Plaintiff fully performed under the Fifth Contract and invoiced ByProxie for the contract sum of $246,267.00. On information and belief, ByProxie invoiced HTH and Herban, who failed to pay the same.

31.

To date, Plaintiff has not received any portion of the $246,267.00 that is due and owing under the Fifth Contract.

**The Sixth Contract**

32.

On September 5, 2019 ByProxie, acting as HTH's agent, signed Plaintiff's  Media Authorization form and Plaintiff sent corresponding invoices attached herein and incorporated as Exhibit "F", known to Plaintiff as MA 28681 (the "Sixth Contract" and together with the First through Fifth Contracts, the "Contracts").  Under the Sixth Contract, Plaintiff agreed to provide certain advertising services, including installing, producing, and displaying the Content on certain OOH sites at various times between September 2, 2019 and October 13, 2019. In exchange, Defendants ByProxie, Herban, and HTH agreed to pay Plaintiff $233,790.25.

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

33.

Plaintiff fully performed under the Sixth Contract and invoiced ByProxie for the contract sum of $233,790.25. On information and belief, ByProxie invoiced HTH and Herban, who failed to pay the same.

34.

To date, Plaintiff has not received any portion of the $233,790.25 that is due and owing on the Sixth Contract.

35.

On or about October 29, 2019, after performance of the Sixth Contract, DionyMed was placed into receivership in Canada. Herban and HTH, DionyMed's subsidiaries, were not affected by the receivership, but continued to conduct business and continued to glean the benefits of Plaintiff's performance under the Contracts.

36.

In or around February 2020, DionyMed sold HTH to Eaze. At or around the same time, the "Chill" and/or "Calichill" operation, whereby Herban and HTH sold and delivered cannabis, ceased operation.

37.

Eaze, having acquired HTH in 2019, has assumed HTH's liabilities and, as such, is liable for HTH's contractual obligations to Plaintiff.

38.

In the alternative, Eaze's purchase of HTH's assets has resulted in either a consolidation or merger of HTH with Eaze, or a continuation of HTH's business. As such, Eaze is liable for HTH's debts under Oregon law.

/ / /

/ / /

/ / /

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

1

## **FIRST CLAIM FOR RELIEF**

2

### **(Breach of Contract)**

3

### **(Count I – The First Contract)**

4

39.

5

Plaintiff hereby incorporates paragraphs 1 – 38 by reference.

6

40.

7

The First Contract constitutes a valid and enforceable contract.

8

41.

9

Plaintiff fully performed its obligations under the First Contract.

10

42.

11    Under the First Contract, ByProxie, Herban, and HTH received the full benefit of

12    Plaintiff's performance and each are jointly and severally obligated to pay Plaintiff

13    $161,044.86, which remains due and payable per Plaintiff's invoices for the same.

14

43.

15    ByProxie, Herban, and HTH's failure to pay Plaintiff the entire sum when due under

16    the First Contract constitutes a breach.

17

44.

18    As a direct and proximate result of Defendants Herban, HTH, and ByProxie's breach

19    of the First Contract, Plaintiff has been damaged in an amount to be proven at trial but not less

20    than $161,044.86, together with pre- and post-judgment interest and Plaintiff's filing fees,

21    court costs, expert fees, and attorneys' fees.

22

### **(Count II – The Second Contract)**

23

45.

24    Plaintiff hereby incorporates paragraphs 1 – 44 by reference.

25

46.

26    The Second Contract constitutes a valid and enforceable contract.

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

47.

Plaintiff fully performed its obligations under the Second Contract.

48.

Under the Second Contract, ByProxie, Herban, and HTH received the full benefit of Plaintiff's performance and each are jointly and severally obligated to pay Plaintiff $119,412.50 which remains due and payable per Plaintiff's invoices for the same.

49.

ByProxie, Herban, and HTH's failure to pay Plaintiff the entire sum due under the Second Contract constitutes a breach.

50.

As a direct and proximate result of Defendants Herban, HTH, and ByProxie's breach of the Second Contract, Plaintiff has been damaged in an amount to be proven at trial but not less than $119,412.50, together with pre- and post-judgment interest and Plaintiff's filing fees, court costs, expert fees, and attorneys' fees.

**(Count III – The Third Contract)**

51.

Plaintiff hereby incorporates paragraphs 1 – 50 by reference.

52.

The Third Contract constitutes a valid and enforceable contract.

53.

Plaintiff fully performed its obligations under the Third Contract.

54.

Under the Third Contract, ByProxie, Herban, and HTH received the full benefit of Plaintiff's performance and each are jointly and severally obligated to pay Plaintiff $179,287.33 which remains due and payable per Plaintiff's invoices for the same.

/ / /

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

55.

ByProxie, Herban, and HTH's failure to pay Plaintiff the entire sum due under the Third Contract constitutes a breach.

56.

As a direct and proximate result of Herban, HTH and ByProxie's breach of the Third Contract, Plaintiff has been damaged in an amount to be proven at trial but not less than $179,287.33 together with pre- and post-judgment interest and Plaintiff's filing fees, court costs, expert fees, and attorneys' fees.

**(Count IV – The Fourth Contract)**

57.

Plaintiff hereby incorporates paragraphs 1 – 56 by reference.

58.

The Fourth Contract constitutes a valid and enforceable contract.

59.

Plaintiff fully performed its obligations under the Fourth Contract.

60.

Under the Fourth Contract, Herban, ByProxie, and HTH received the full benefit of Plaintiff's performance and each are jointly and severally obligated to pay Plaintiff the sum of $219,725.00, which was due and payable per Plaintiff's invoices for the same.

61.

ByProxie, Herban, and HTH's failure to pay Plaintiff the entire sum due under the Fourth Contract constitutes breach.

62.

As a direct and proximate result of Herban, HTH and ByProxie's breach of the Fourth Contract, Plaintiff has been damaged in an amount to be proven at trial but not less than

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

1  $219,725.00, together with pre- and post-judgment interest and Plaintiff's filing fees, court

2  costs, expert fees, and attorneys' fees.

3                              **(Count V – The Fifth Contract)**

4                                         63.

5        Plaintiff hereby incorporates paragraphs 1 – 62 by reference.

6                                         64.

7        The Fifth Contract constitutes a valid and enforceable contract.

8                                         65.

9        Plaintiff fully performed its obligations under the Fifth Contract.

10                                        66.

11       Under the Fifth Contract, Herban, ByProxie and HTH received the full benefit of

12  Plaintiff's performance and each are jointly and severally obligated to pay Plaintiff the sum of

13  $246,267.00 which was due and payable per Plaintiff's invoices for the same.

14                                        67.

15       Herban, ByProxie and HTH's failure to pay Plaintiff the entire sum due under the Fifth

16  Contract constitutes a breach.

17                                        68.

18       As a direct and proximate result of Herban, HTH and ByProxie's breach, Plaintiff has

19  been damaged in an amount to be proven at trial but not less than $246,267.00, together with

20  pre- and post-judgment interest and Plaintiff's filing fees, court costs, expert fees, and

21  attorneys' fees.

22                              **(Count IV – The Sixth Contract)**

23                                        69.

24       Plaintiff hereby incorporates paragraphs 1 – 68 by reference.

25                                        70.

26       The Sixth Contract constitutes a valid and enforceable contract.

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

71.

Plaintiff fully performed its obligations under the Sixth Contract.

72.

Under the Sixth Contract, Herban, ByProxie and HTH received the full benefit of Plaintiff's performance and each are jointly and severally obligated to pay Plaintiff the sum of $233,790.25 which was due and payable per Plaintiff's invoices for the same.

73.

ByProxie, Herban, and HTH's failure to pay Plaintiff the entire sum due under the Sixth Contract constitutes a breach.

74.

As a direct and proximate result of Herban, HTH and ByProxie's breach, Plaintiff has been damaged in an amount to be proven at trial but not less than $233,790.25, together with pre- and post-judgment interest and Plaintiff's filing fees, court costs, expert fees, and attorneys' fees

75.

Herban, HTH, and ByProxie are jointly and severally liable for all sums due and payable under the Contracts under all Counts of Plaintiff's First Claim for Relief.

76.

Eaze, having assumed HTH's liabilities is liable to the same degree that HTH is liable under all Counts of Plaintiff's First Claim for Relief. In the alternative, as a continuation of HTH's business, Eaze is jointly and severally liable with HTH under the doctrine of successor liability.

## **SECOND CLAIM FOR RELIEF**

### **(Unjust Enrichment)**

77.

Plaintiff incorporates paragraphs 1 – 76 by reference.

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

78.

At ByProxie, Herban, and HTH's request, Plaintiff provided ByProxie, Herban, and HTH with the benefit of certain OOH and other media services to further their advertising campaign, from approximately April 1, 2019 through December 29, 2019 ( "Plaintiff's Services").

79.

The value of Plaintiff's Services provided to ByProxie, Herban, and HTH is not less than $1,257,041.77. Of this sum, HTH, Herban, and ByProxie have paid only $97,515, leaving $1,159,526.77 due and owing.

80.

ByProxie, Herban, and HTH are aware that they have both received the full benefit of Plaintiff's Services.

81.

It would be unjust to allow ByProxie, Herban, and HTH to retain the benefit of Plaintiff's Services without paying for the same.

82.

ByProxie, Herban, and HTH must pay Plaintiff, jointly and severally, $1,159,526.77 together with pre- and post-judgment interest and Plaintiff's filing fees, court costs, expert fees, and attorneys' fees

83.

On information and belief, Eaze acquired HTH's liabilities and assets in 2019, including the liabilities created by receiving the benefit of Plaintiff's Services. In the alternative, Eaze has continued HTH's business. In either event, Eaze has received the same benefit that HTH received from Plaintiff's Services and it would be unjust to allow Eaze to retain the same without paying for it. Eaze must pay Plaintiff $1,159,526.77.

/ / /

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff requests the following relief:

1) On the First Claim for Relief for breach of contract, for judgment against all Defendants, jointly and severally, and an award of damages in an amount to be proven at trial as to each Count as follows:

    a.  Count I for the First Contract: not less than $161,044.86;

    b.  Count II for the Second Contract: not less than $119,412.50;

    c.  Count III for the Third Contract: not less than $179,287.33;

    d.  Count IV for the Fourth Contract: not less than $219,725.00;

    e.  Count V for the Fifth Contract: not less than $246,267.00;

    f.  Count VI for the Sixth Contract: not less than $233,790.08;

2) On the Second Claim for Relief for unjust enrichment as an alternate theory of recovery, for judgment against all Defendants, jointly and severally, and an award of damages in an amount to be proven at trial but not less than $1,159,526.77;

3) Pre- and post-judgment interest at the statutory rate;

4) An award of Plaintiff's filing fees, court costs, expert fees, and attorneys' fees; and

5) Such other and further relief that the Court may deem just and proper.

DATED this 18th day of September 2020.

IMMIX LAW GROUP PC

By: _____

Nicholas M. M. Drum OSB #063167
Dayna J. Christian OSB #973360
Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, Oregon 97209
Phone: (503) 802-5533
Fax: (503) 802-5351
E-Mail: dayna.christian@immixlaw.com
E-Mail: nick.drum@immixlaw.com

Of Attorneys for Plaintiff

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351



# Media Authorization

| | | | |
|---|---|---|---|
| **Client:**<br>ByProxie | **Client Media Contact(s):**<br>Paty Assad (paty@byproxie.com) | **Office:**<br>Portland | **Date:**<br>04.23.2019 |
| **Brand:**<br>CaliChill | **Billups Director(s):**<br>Benjamin Billups (br@billups.com)<br>Sam Ruiz (sam.ruiz@billups.com) | **ATB #:**<br>BW_BYPCAL_27685.19 | **Billing Terms:**<br>Net 30 |

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Alameda, CA | Coffee Sleeve | N/A | 2,500 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves (est. 10,000 Sleeves) | N/A | 05.01.2019 | 05.31.2019 | 1 | 1.00 | $710.00 | $710.00 |
| Alameda, CA | Bar Media | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 5 locations. | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $1,000.00 | $1,000.00 |
| Alameda, CA | Gas Pump Topper | N/A | Up to 4 facings per station - 1 station | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $300.00 | $300.00 |
| Alameda, CA | Gas Station One-sheets | N/A | One Sheets placed on windows or front of building - 1 station | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $160.00 | $160.00 |
| Berkeley, CA | Coffee Sleeve | N/A | 14,400 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. (est. 57,600 Sleeves) | N/A | 05.01.2019 | 05.31.2019 | 1 | 1.00 | $4,080.00 | $4,080.00 |
| Berkeley, CA | Bar Media | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 11 locations. | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $2,200.00 | $2,200.00 |

Exhibit A
Page 1 of 18

 **billups**

# Media Authorization

SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|--------|------|--------|-------------|--------|------------|----------|-----|--------|-----------|------------|
| Berkeley, CA | Gas Pump Topper | N/A | Up to 4 facings per station - 1 station | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $300.00 | $300.00 |
| Berkeley, CA | Gas Station One-Sheets | N/A | One Sheets placed on windows or front of building - 1 station | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $160.00 | $160.00 |
| Emeryville, CA | Coffee Sleeve | N/A | 1,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. (Est. 4,000 Sleeves) | N/A | 05.01.2019 | 05.31.2019 | 1 | 1.00 | $285.00 | $285.00 |
| Emeryville, CA | Bar Media | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 3 locations. | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $600.00 | $600.00 |
| Emeryville, CA | Gas Pump Topper | N/A | Up to 4 facings per station - 1 station | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $300.00 | $300.00 |
| Emeryville, CA | Gas Station One-sheets | N/A | One Sheets placed on windows or front of building - 1 station | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $160.00 | $160.00 |
| Oakland, CA | Coffee Sleeve | N/A | 22,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. (est 88,000 Sleeves) | N/A | 05.01.2019 | 05.31.2019 | 1 | 1.00 | $6,235.00 | $6,235.00 |
| Oakland, CA | Premiere Panel | 1687 | Mandela Pkwy WS 165ft N/O Grand F/N - 1 | North | 05.06.2019 | 06.02.2019 | 1 | 1.00 | $950.00 | $950.00 |
| Oakland, CA | Premiere Panel | 2267 | 11th St SS 70ft E/O Jefferson F/W - 1 | West | 05.13.2019 | 06.02.2019 | 1 | 0.75 | $1,250.00 | $937.50 |

 **billups**

# Media Authorization

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|--------|------|--------|-------------|--------|-----------|----------|-----|--------|-----------|-----------|
| Oakland, CA | Bar Media | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 32 locations. | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $6,400.00 | $6,400.00 |
| Oakland, CA | Gas Pump Topper | N/A | Up to 4 facings per station - 5 stations | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $1,500.00 | $1,500.00 |
| Oakland, CA | Gas Station One-sheets | N/A | One Sheets placed on windows or front of builing - 5 stations | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $800.00 | $800.00 |
| San Francisco, CA | Windowposter Displays | N/A | Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | N/A | 04.29.2019 | 05.26.2019 | 1 | 1.00 | $12,340.00 | $12,340.00 |
| San Francisco, CA | Coffee Sleeve | N/A | 75,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. (est. 300,000 Sleeves) | N/A | 05.01.2019 | 05.31.2019 | 1 | 1.00 | $21,250.00 | $21,250.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | North | 05.06.2019 | 06.02.2019 | 1 | 1.00 | $13,200.00 | $13,200.00 |
| San Francisco, CA | Hand Paint Wall | S-03 | Howard St. e/o 2nd St. | East | 05.06.2019 | 06.02.2019 | 1 | 1.00 | $19,800.00 | $19,800.00 |
| San Francisco, CA | Wallscape | SF.W102 | 11th & Folsom | South | 05.06.2019 | 06.02.2019 | 1 | 1.00 | $15,400.00 | $15,400.00 |
| San Francisco, CA | Bulletin | 1017 | Cesar Chavez SS 5ft W/O Tennessee F/E - 1 | West | 05.13.2019 | 06.02.2019 | 1 | 0.75 | $1,650.00 | $1,237.50 |



# Media Authorization

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|--------|------|--------|-------------|--------|------------|----------|-----|--------|-----------|------------|
| San Francisco, CA | Bar Media | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 43 locations. | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $8,600.00 | $8,600.00 |
| San Francisco, CA | Gas Pump Topper | N/A | Up to 4 facings per station - 1 station | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $300.00 | $300.00 |
| San Francisco, CA | Gas Station One-sheets | N/A | One Sheets placed on windows or front of building - 1 station | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $160.00 | $160.00 |
| San Leandro, CA | Coffee Sleeve | N/A | 2,800 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. (est. 11,200 Sleeves) | N/A | 05.01.2019 | 05.31.2019 | 1 | 1.00 | $795.00 | $795.00 |
| San Leandro, CA | Bar Media | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 6 locations. | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $1,200.00 | $1,200.00 |
| San Leandro, CA | Gas Pump Topper | N/A | Up to 4 facings per station - 3 stations | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $900.00 | $900.00 |
| San Leandro, CA | Gas Station One-sheets | N/A | One Sheets placed on windows or front of building - 3 stations | N/A | 05.13.2019 | 06.09.2019 | 1 | 1.00 | $480.00 | $480.00 |

|  |  |
|---|---|
| **Total Space:** | **$122,740.00** |

Exhibit A
Page 4 of 18

 billups

# Media Authorization

## INSTALL

| Market | Type | Unit # | Description | Post Date | Qty | Install Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | 05.06.2019 | 1 | $1,320.00 | $1,320.00 |
| San Francisco, CA | Wallscape | SF.W102 | 11th & Folsom | 05.06.2019 | 1 | $1,980.00 | $1,980.00 |
| | | | | | | **Total Install:** | **$3,300.00** |

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| Alameda, CA | Bar Media | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 5 locations. | 05.13.2019 | 1 | $2,375.00 | $2,375.00 |
| Alameda, CA | Gas Pump Topper | N/A | Up to 4 facings per station - 1 station | 05.13.2019 | 1 | $75.00 | $75.00 |
| Alameda, CA | Gas Station One-sheets | N/A | One Sheets placed on windows or front of building - 1 station | 05.13.2019 | 1 | $75.00 | $75.00 |
| Berkeley, CA | Bar Media | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 11 locations. | 05.13.2019 | 1 | $5,225.00 | $5,225.00 |
| Berkeley, CA | Gas Pump Topper | N/A | Up to 4 facings per station - 1 station | 05.13.2019 | 1 | $75.00 | $75.00 |
| Berkeley, CA | Gas Station One-Sheets | N/A | One Sheets placed on windows or front of building - 1 station | 05.13.2019 | 1 | $75.00 | $75.00 |
| Emeryville, CA | Bar Media | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 3 locations. | 05.13.2019 | 1 | $1,425.00 | $1,425.00 |

Exhibit A
Page 5 of 18

 billups

# Media Authorization

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-----------------|------------|
| Emeryville, CA | Gas Pump Topper | N/A | Up to 4 facings per station - 1 station | 05.13.2019 | 1 | $75.00 | $75.00 |
| Emeryville, CA | Gas Station One-sheets | N/A | One Sheets placed on windows or front of building - 1 station | 05.13.2019 | 1 | $75.00 | $75.00 |
| Oakland, CA | Premiere Panel | 1687 | Mandela Pkwy WS 165ft N/O Grand F/N - 1 | 05.06.2019 | 1 | $360.00 | $360.00 |
| Oakland, CA | Premiere Panel | 2267 | 11th St SS 70ft E/O Jefferson F/W - 1 | 05.13.2019 | 1 | $360.00 | $360.00 |
| Oakland, CA | Bar Media | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 32 locations. | 05.13.2019 | 1 | $15,200.00 | $15,200.00 |
| Oakland, CA | Gas Pump Topper | N/A | Up to 4 facings per station - 5 stations | 05.13.2019 | 5 | $75.00 | $375.00 |
| Oakland, CA | Gas Station One-sheets | N/A | One Sheets placed on windows or front of builing - 5 stations | 05.13.2019 | 5 | $75.00 | $375.00 |
| San Francisco, CA | Windowposter Displays | N/A | Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | 04.29.2019 | 1 | $950.00 | $950.00 |
| San Francisco, CA | Coffee Sleeve | N/A | 75,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. (est. 300,000 Sleeves) | 05.01.2019 | 1 | $1,650.00 | $1,650.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | 05.06.2019 | 1 | $855.00 | $855.00 |
| San Francisco, CA | Hand Paint Wall | S-03 | Howard St. e/o 2nd St. | 05.06.2019 | 1 | $16,500.00 | $16,500.00 |

Exhibit A
Page 6 of 18

 **billups**

# Media Authorization

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Wallscape | SF.W102 | 11th & Folsom | 05.06.2019 | 1 | $1,512.00 | $1,512.00 |
| San Francisco, CA | Bulletin | 1017 | Cesar Chavez SS 5ft W/O Tennessee F/E - 1 | 05.13.2019 | 1 | $125.00 | $125.00 |
| San Francisco, CA | Bar Media | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 43 locations. | 05.13.2019 | 1 | $20,425.00 | $20,425.00 |
| San Francisco, CA | Gas Pump Topper | N/A | Up to 4 facings per station - 1 station | 05.13.2019 | 1 | $75.00 | $75.00 |
| San Francisco, CA | Gas Station One-sheets | N/A | One Sheets placed on windows or front of building - 1 station | 05.13.2019 | 1 | $75.00 | $75.00 |
| San Leandro, CA | Bar Media | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 6 locations. | 05.13.2019 | 1 | $2,850.00 | $2,850.00 |
| San Leandro, CA | Gas Pump Topper | N/A | Up to 4 facings per station - 3 stations | 05.13.2019 | 3 | $75.00 | $225.00 |
| San Leandro, CA | Gas Station One-sheets | N/A | One Sheets placed on windows or front of building - 3 stations | 05.13.2019 | 3 | $75.00 | $225.00 |

| | |
|---|---|
| **Total Production:** | **$71,612.00** |

| | |
|---|---|
| **Total Cost:** | **$197,652.00** |

Exhibit A
Page 7 of 18

 billups

# Media Authorization

Job Number: 27685

Signature: _____ Date: __April 23, 2019__

Print Name: __Patricia Assad__ Title: __CMO__

Authorized Representative: ByProxie

Signature: _____ Date: __4.25.19__

Print Name: Stephanie Calderwood  Title: Investment Manager

Authorized Representative: Billups, Inc.

In accordance with the Business Terms & Conditions below (together referred to as "this Agreement"), please read this Agreement, then initial all pages and sign where required.

**BUSINESS TERMS & CONDITIONS**

**MEDIA AUTHORIZATION**

This agreement ("Agreement"), between the client specified above ("Client") and Billups, Inc. ("Billups") authorizes Billups to act as Client's agent in placing out of home advertising ("OOH") with owners and other applicable parties, entering into contracts and schedules for placement of OOH on behalf of Client, and directing the production and installation of advertising media (the "Services"). Client will be deemed to have approved placements whose costs are within budget limitations set by this Media Authorization. Client agrees to promptly provide all information necessary to establish credit terms with the OOH owner. In the event any OOH owner will not grant credit terms for Client, Billups will not be required to place media with such owner, unless Client pays for such placements in advance. Client will be solely responsible for all charges, expenses and costs arising out of all contracts and/or schedules with OOH owners. Client will be deemed to have approved production and/or installation of media as specified upon approval of a sample of the media being produced (a "Creative Proof"). Upon approval of the Creative Proof, Client will be solely responsible for all charges, expenses and costs arising out of the production and installation of media.

**PAYMENT TERMS**

Billups issues invoices on a monthly basis, covering the Services rendered in the previous calendar month. Payment is due within 45 days of the invoice date. The parties acknowledge that Client may be acting as agent to an advertising customer ("Advertiser"), and that if so, Advertiser shall guarantee Client's payment of all charges, expenses and costs arising out of all contracts and/or schedules with OOH owners. Client will promptly communicate any problem with Advertiser that may affect Client's ability to timely pay for Services. Billups may suspend Services due to nonpayment or repeated late payment. Billups may offset Client account credits, amounts already received from Client, or amounts due to Client, if any, against amounts due to Billups under this Media Authorization. Billups may, at its discretion, initiate collection efforts upon any overdue account. Client agrees to pay all reasonable attorney fees and costs incurred by Billups in any such collection action.

Exhibit A
Page 8 of 18

 **billups**

# Media Authorization

**CONFIDENTIALITY**

Proprietary information of the parties and communications between the parties that are not otherwise publicly available, including without limitation this Agreement, Media Authorizations, Client and Advertiser creative content and media plans, OOH owner locations, contracts and rates, and any performance data gathered on behalf of Client or an OOH owner, are "Confidential Information." Confidential Information does not include information that: (a) at the time of disclosure to the recipient, is in the public domain; (b) after disclosure to the recipient, becomes part of the public domain through no fault of the recipient; (c) the recipient can show by written documentation was lawfully in its possession at the time of disclosure and had not been acquired, directly or indirectly, from the discloser; (d) is later furnished or made known to the recipient by a third party as a matter of right and without restriction on disclosure; or (e) is required to be disclosed by court order or other legal process binding on the recipient, in which case the recipient shall promptly notify the discloser of such requirements so that it may take steps (with recipient's reasonable cooperation) to obtain a protective order. The parties agree that Confidential Information has significant strategic value and will only be used as intended under this Agreement. In particular, the unauthorized disclosure of rate information to third parties may cause the OOH owners to withdraw the rates. Each party shall exercise reasonable care in safeguarding Confidential Information. All restrictive covenants contained in this section are reasonable and necessary to protect the legitimate business interest of each party, and any losses arising from a party's breach of this section cannot reasonably and adequately be compensated by monetary damages and may cause the injured party irreparable harm; accordingly on the failure of either party to comply with the restrictive covenants in this section, the injured party will be entitled to seek injunctive or other equitable relief in addition to monetary damages. Notwithstanding the foregoing, Billups may identify Client as its customer, and use images, video, and other information about publicly placed Client and Advertiser content in promotional materials. This section will survive the termination of this Agreement for so long as either party retains Confidential Information of the other.

**CONSIDERATION**

Except as otherwise agreed to in writing in the form of a Service Level Agreement or Master Services Agreement ("SLA"), Billups' default pricing model for its services is dynamic. Please see our website at billups.com or speak to a Billups representative for details. In connection with providing services, Billups may receive or be entitled to participate in receiving risk-based discounts, performance-based credits, or other benefits. Unless otherwise specified in writing, Client acknowledges that Billups is entitled to such benefits.

**TERMINATION**

This Media Authorization will remain in force until the last date of any media placement performed on behalf of Client. Once all placement schedules are complete, Billups will issue a final invoice for Services rendered. Upon receipt of payment for the final invoice, this Media Authorization will terminate. This Media Authorization is non-cancelable by Client. Client will remain fully responsible and liable for all charges, expenses and fees incurred or earned for contracted Services, except in the case that Client rejects a Creative Proof, in which case Client will not be responsible for production and installation costs that are not incurred. Rejection of a Creative Proof does not terminate this Agreement.

**INDEMNIFICATION**

(a) Billups will indemnify, defend and hold Client harmless from any and all claims, suits, actions, liabilities, expenses and costs relating to losses, claims, damages, liabilities, judgments, settlements or costs and expenses (including reasonable attorneys' fees) against Client, its employees, directors or affiliates, arising out of or in connection with Billups' material breach of this Agreement or the gross negligence or willful misconduct of Billups under this Agreement. (b) Client will indemnify, defend and hold Billups harmless from any and all claims, suits, actions, liabilities, expenses and costs (including attorneys' fees), brought, made or recovered by any person or entity against Billups, its employees, directors or affiliates (i) for payment in connection with contracts made or schedules placed on behalf of Client (regardless of any cancellations); (ii) involving or relating to the content of OOH advertisements, including without limitation charges of false advertising, libel, or infringement of third party rights; or (iii) otherwise arising out of or in connection with the Client's material breach of this Agreement. (c) Billups will endeavor to safeguard Client advertising materials in its possession, if any, but Billups will not

 **billups**

# Media Authorization

be responsible should materials be lost, damaged, or destroyed while in possession of Billups or a third party appointed by Billups, unless due to Billups' gross negligence. (d) IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, OR LOSS OF BUSINESS OPPORTUNITY, EVEN IF SUCH DAMAGES ARE FORESEEABLE AND WHETHER OR NOT EITHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY THEREOF. This section shall survive the termination of this Agreement.

## FORCE MAJEURE

Excluding payment obligations, each party will be excused from performing obligations contained in this Media Authorization while such performance is prevented by an act of God, fire, flood, earthquake, transportation disruption, war, insurrection, labor dispute, or any other occurrence beyond the reasonable control of that party.

## REPRESENTATIONS

Each Party represents and warrants that it shall adhere to the standard representations regarding the Foreign Corrupt Practices Act and similar laws, the European Union's General Data Protection Regulation, and requirements regarding the use of data, available at http://billups.com/standard-representations/ (altogether the "Standard Representations"), and acknowledges that a breach of any of the Standard Representations shall constitute a material breach of this Agreement. Each Party acknowledges that Billups in its discretion has the authority to modify the Standard Representations from time to time.

## OOH INDUSTRY STANDARD PRACTICES

(a) Five Day Posting Window (applies to all standard, posted OOH formats), There is an industry standard five business days to post a campaign, beginning on the start date of the program. This 5-day posting window is required to cover weather delays and market scheduling. All programs will receive the full contracted campaign. Should weather or other unforeseen delays force the posting beyond the 5-day window, Billups will advise Agency and/or Client and an agreed-upon make good will be arranged with the vendor. If artwork deadlines are not met for materials Billups produces, or if finished materials are late to market (client produced), this 5-day posting window may be adjusted accordingly. Please note that non-standard, specialty media formats may require a longer posting window. (b) Inventory/Space Holds. Unless otherwise arranged in advance, it is Billups' typically submits locations and plans without space holds. Once inventory is approved, space will be re-confirmed for the schedule and holds requested. While each program varies depending upon the length of space holds that can be requested, industry standard is 3 business days. If approved inventory is not available for the requested time-period, Billups will submit replacements of equal or greater value, or an alternate schedule for the approved locations, subject to approval by Agency and/or Client. (c) Placement of certain units in New York City is subject to the NYC Commercial rent tax, which is the responsibility of the end user. See (http://www1.nyc.gov/site/finance/taxes/business-commercial-rent-tax-crt.page) for information.

## GENERAL

(a) This Agreement will be governed by and construed in accordance with the laws of the State of Oregon, without reference to conflicts of law principles. Any and all disputes relating to this Agreement, or breach hereof shall be resolved in arbitration, except any action initiated by Billups to collect upon any overdue or outstanding invoices, or any other amount owed under this Agreement ("Collection Action"), which shall be litigated in any State or United States District Court in Oregon. For any arbitration, the parties agree to utilize the services of the Arbitration Service of Portland ("ASP") in Portland, Oregon, and shall arbitrate disputes according to the current rules of the ASP. For any Collection Action, the parties agree that the prevailing party shall be entitled to collect its reasonable attorneys' fees, expert fees, costs, and disbursements. For any dispute under this Agreement including any Collection Action the parties expressly consent to jurisdiction and venue in the State of Oregon. (b) If Client and Billups have signed a Service Agreement for the provision of OOH advertising Services, this Media Authorization is considered an addendum to the Service Agreement, specifying the type and scope of Services provided. In the event of any conflict between the terms of this Media Authorization and the Service Agreement, the Service Agreement will control. (c) If this Media Authorization is the only written agreement between Client and Billups, then the parties understand and agree that this Media Authorization contains the entire agreement between the parties relating to the provision of Services as specified. The parties further agree that the Client may execute multiple Media Authorizations, and all such Media

Exhibit A
Page 10 of 18

 **Media Authorization**

Authorizations will remain in force until terminated pursuant to Section 5. Any amendment, modification, or waiver must be made in writing, signed by both parties, and making express reference to this Media Authorization, except that no consent shall be required if the stock or substantially all of the assets of a party are transferred (whether through a merger, sale or by operation of law), or for a transfer to an affiliate. (d) If any provision of this Media Authorization is held to be invalid, illegal or unenforceable, the remaining provisions of the Media Authorization will remain in full force and effect. (e) This Media Authorization may be executed in multiple parts, or executed digitally by submitting the completed form to Billups. (f) If the parties to this Media Authorization have entered into a separate SLA, this Media Authorization is hereby incorporated into, forms a part of, and is in all respects subject to the terms of the SLA, except that in the event of a conflict between this Media Authorization and the SLA this Media Authorization shall control. Unless expressly provided otherwise herein, capitalized terms have the meaning provided within the SLA. Unless modified herein, all terms in the SLA shall remain unchanged and in full force and effect.

Exhibit A
Page 11 of 18

Initials: _____          W: 503.454.0714  |  F: 503.454.0716  |  340 Oswego Pointe Drive, Suite 101. Lake Oswego, OR 97034          11 of 11



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---:|
| Invoice # | 27685-P-001 |
| Invoice Date | 04/29/2019 |

**Advertiser:**
CaliChill

| | |
|---|---:|
| Customer PO # | N/A |
| Terms | Net 30 |

| Balance Due | $74,912.00 USD |
|---|---:|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---:|
| Alameda, CA | Bar Coasters | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 5 locations. | 05/13/2019 | 1.00 | 1 | $2,375.00 |
| Alameda, CA | Gas Station Pump Handles | N/A | Up to 4 facings per station - 1 station | 05/13/2019 | 1.00 | 1 | $75.00 |
| Alameda, CA | Poster | N/A | One Sheets placed on windows or front of building - 1 station | 05/13/2019 | 1.00 | 1 | $75.00 |
| Berkeley, CA | Bar Coasters | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 11 locations. | 05/13/2019 | 1.00 | 1 | $5,225.00 |
| Berkeley, CA | Gas Station Pump Handles | N/A | Up to 4 facings per station - 1 station | 05/13/2019 | 1.00 | 1 | $75.00 |
| Berkeley, CA | Poster | N/A | One Sheets placed on windows or front of building - 1 station | 05/13/2019 | 1.00 | 1 | $75.00 |
| Emeryville, CA | Bar Coasters | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 3 locations. | 05/13/2019 | 1.00 | 1 | $1,425.00 |
| Emeryville, CA | Gas Station Pump Handles | N/A | Up to 4 facings per station - 1 station | 05/13/2019 | 1.00 | 1 | $75.00 |
| Emeryville, CA | Poster | N/A | One Sheets placed on windows or front of building - 1 station | 05/13/2019 | 1.00 | 1 | $75.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 27685

Exhibit A
Page 12 of 18
1 of 3



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

Invoice #                                           27685-P-001
Invoice Date

**Advertiser:**
CaliChill

Customer PO #                                       N/A
Terms                                               Net 30

| Balance Due | $74,912.00 USD |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Oakland, CA | Premiere Panel | 1687 | Mandela Pkwy WS 165ft N/O Grand F/N - 1 | 05/06/2019 | 1.00 | 1 | $360.00 |
| Oakland, CA | Premiere Panel | 2267 | 11th St SS 70ft E/O Jefferson F/W - 1 | 05/13/2019 | 1.00 | 1 | $360.00 |
| Oakland, CA | Bar Coasters | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 32 locations. | 05/13/2019 | 1.00 | 1 | $15,200.00 |
| Oakland, CA | Gas Station Pump Handles | N/A | Up to 4 facings per station - 5 stations | 05/13/2019 | 1.00 | 5 | $375.00 |
| Oakland, CA | Poster | N/A | One Sheets placed on windows or front of builing - 5 stations | 05/13/2019 | 1.00 | 5 | $375.00 |
| San Francisco, CA | Premiere Panel | 1017 | Cesar Chavez SS 5ft W/O Tennessee F/E - 1 | 05/13/2019 | 1.00 | 1 | $125.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | 05/06/2019 | 1.00 | 1 | $855.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111: Install | 05/06/2019 | 1.00 | 1 | $1,320.00 |
| San Francisco, CA | Bar Coasters | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 43 locations. | 05/13/2019 | 1.00 | 1 | $20,425.00 |
| San Francisco, CA | Coffee Cup/Sleeves | N/A | 75,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | 05/01/2019 | 1.00 | 1 | $1,650.00 |



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---:|
| Invoice # | 27685-P-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---:|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$74,912.00 USD** |
|---|---:|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---:|
| San Francisco, CA | Gas Station Pump Handles | N/A | Up to 4 facings per station - 1 station | 05/13/2019 | 1.00 | 1 | $75.00 |
| San Francisco, CA | Poster | N/A | One Sheets placed on windows or front of building - 1 station | 05/13/2019 | 1.00 | 1 | $75.00 |
| San Francisco, CA | In-Window | N/A | Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | 04/29/2019 | 1.00 | 1 | $950.00 |
| San Francisco, CA | Hand Paint Wall | S-03 | Howard St e/o 2nd St | 05/06/2019 | 1.00 | 1 | $16,500.00 |
| San Francisco, CA | Wallscape | SF.W102 | 11th & Folsom FS | 05/06/2019 | 1.00 | 1 | $1,512.00 |
| San Francisco, CA | Wallscape | SF.W102 | 11th & Folsom FS: Install | 05/06/2019 | 1.00 | 1 | $1,980.00 |
| San Leandro, CA | Bar Coasters | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 6 locations. | 05/13/2019 | 1.00 | 1 | $2,850.00 |
| San Leandro, CA | Gas Station Pump Handles | N/A | Up to 4 facings per station - 3 stations | 05/13/2019 | 1.00 | 3 | $225.00 |
| San Leandro, CA | Poster | N/A | One Sheets placed on windows or front of building - 3 stations | 05/13/2019 | 1.00 | 3 | $225.00 |

| **Balance Due** | **$74,912.00 USD** |
|---|---:|

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com
JOBID: 27685



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---:|
| Invoice # | 27685-S-001 |
| Invoice Date | 04/29/2019 |

**Advertiser:**
CaliChill

| | |
|---|---:|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$122,740.00 USD** |
|---|---:|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Alameda, CA | Bar Coasters | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 5 locations. | 05/13/2019 06/09/2019 | 1.00 | 1 | $1,000.00 |
| Alameda, CA | Coffee Sleeve | N/A | 2,500 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves (est. 10,000 Sleeves) | 05/01/2019 | 1.00 | 1 | $710.00 |
| Alameda, CA | Gas Station Pump Handles | N/A | Up to 4 facings per station - 1 station | 05/13/2019 06/09/2019 | 1.00 | 1 | $300.00 |
| Alameda, CA | Poster | N/A | One Sheets placed on windows or front of building - 1 station | 05/13/2019 06/09/2019 | 1.00 | 1 | $160.00 |
| Berkeley, CA | Bar Coasters | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 11 locations. | 05/13/2019 06/09/2019 | 1.00 | 1 | $2,200.00 |
| Berkeley, CA | Coffee Sleeve | N/A | 14,400 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. (est. 57,600 Sleeves) | 05/01/2019 | 1.00 | 1 | $4,080.00 |
| Berkeley, CA | Gas Station Pump Handles | N/A | Up to 4 facings per station - 1 station | 05/13/2019 06/09/2019 | 1.00 | 1 | $300.00 |
| Berkeley, CA | Poster | N/A | One Sheets placed on windows or front of building - 1 station | 05/13/2019 06/09/2019 | 1.00 | 1 | $160.00 |

Exhibit A
Page 15 of 18
1 of 4

JOBID: 27685

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

Invoice #                27685-S-001
Invoice Date

**Advertiser:**
CaliChill

Customer PO #                N/A
Terms                Net 30

| Balance Due | $122,740.00 USD |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Emeryville, CA | Bar Coasters | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 3 locations. | 05/13/2019 06/09/2019 | 1.00 | 1 | $600.00 |
| Emeryville, CA | Coffee Sleeve | N/A | 1,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. (Est. 4,000 Sleeves) | 05/01/2019 | 1.00 | 1 | $285.00 |
| Emeryville, CA | Gas Station Pump Handles | N/A | Up to 4 facings per station - 1 station | 05/13/2019 06/09/2019 | 1.00 | 1 | $300.00 |
| Emeryville, CA | Poster | N/A | One Sheets placed on windows or front of building - 1 station | 05/13/2019 06/09/2019 | 1.00 | 1 | $160.00 |
| Oakland, CA | Premiere Panel | 1687 | Mandela Pkwy WS 165ft N/O Grand F/N - 1 | 05/06/2019 06/02/2019 | 1.00 | 1 | $950.00 |
| Oakland, CA | Premiere Panel | 2267 | 11th St SS 70ft E/O Jefferson F/W - 1 | 05/13/2019 06/09/2019 | 0.75 | 1 | $937.50 |
| Oakland, CA | Bar Coasters | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 32 locations. | 05/13/2019 06/09/2019 | 1.00 | 1 | $6,400.00 |
| Oakland, CA | Coffee Sleeve | N/A | 22,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. (est 88,000 Sleeves) | 05/01/2019 | 1.00 | 1 | $6,235.00 |
| Oakland, CA | Gas Station Pump Handles | N/A | Up to 4 facings per station - 5 stations | 05/13/2019 06/09/2019 | 1.00 | 1 | $1,500.00 |



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

**Advertiser:**
CaliChill

| | |
|---|---|
| Invoice # | 27685-S-001 |
| Invoice Date | |

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$122,740.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Oakland, CA | Poster | N/A | One Sheets placed on windows or front of builing - 5 stations | 05/13/2019 06/09/2019 | 1.00 | 1 | $800.00 |
| San Francisco, CA | Premiere Panel | 1017 | Cesar Chavez SS 5ft W/O Tennessee F/E - 1 | 05/13/2019 06/09/2019 | 0.75 | 1 | $1,237.50 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | 05/06/2019 06/02/2019 | 1.00 | 1 | $13,200.00 |
| San Francisco, CA | Bar Coasters | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 43 locations. | 05/13/2019 06/09/2019 | 1.00 | 1 | $8,600.00 |
| San Francisco, CA | Coffee Cup/Sleeves | N/A | 75,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | 05/01/2019 05/28/2019 | 1.00 | 1 | $21,250.00 |
| San Francisco, CA | Gas Station Pump Handles | N/A | Up to 4 facings per station - 1 station | 05/13/2019 06/09/2019 | 1.00 | 1 | $300.00 |
| San Francisco, CA | Poster | N/A | One Sheets placed on windows or front of building - 1 station | 05/13/2019 06/09/2019 | 1.00 | 1 | $160.00 |
| San Francisco, CA | In-Window | N/A | Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | 04/29/2019 05/26/2019 | 1.00 | 1 | $12,340.00 |
| San Francisco, CA | Hand Paint Wall | S-03 | Howard St e/o 2nd St | 05/06/2019 06/02/2019 | 1.00 | 1 | $19,800.00 |
| San Francisco, CA | Wallscape | SF.W102 | 11th & Folsom FS | 05/06/2019 06/02/2019 | 1.00 | 1 | $15,400.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 27685

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

**Advertiser:**
CaliChill

| | |
|---|---|
| Invoice # | 27685-S-001 |
| Invoice Date | |

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$122,740.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| San Leandro, CA | Bar Coasters | N/A | 2 Posters per location, 1,500 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 6 locations. | 05/13/2019 06/09/2019 | 1.00 | 1 | $1,200.00 |
| San Leandro, CA | Coffee Sleeve | N/A | 2,800 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. (est. 11,200 Sleeves) | 05/01/2019 | 1.00 | 1 | $795.00 |
| San Leandro, CA | Gas Station Pump Handles | N/A | Up to 4 facings per station - 3 stations | 05/13/2019 06/09/2019 | 1.00 | 1 | $900.00 |
| San Leandro, CA | Poster | N/A | One Sheets placed on windows or front of building - 3 stations | 05/13/2019 06/09/2019 | 1.00 | 1 | $480.00 |

| **Balance Due** | **$122,740.00 USD** |
|---|---|

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 27685

Exhibit A
Page 18 of 18
4 of 4

 billups

# Media Authorization

| | | | |
|---|---|---|---|
| **Client:** ByProxie | **Client Media Contact(s):** Paty Assad (paty@byproxie.com) | **Office:** Portland | **Date:** 05.01.2019 |
| **Brand:** CaliChill | **Billups Director(s):** Benjamin Billups (br@billups.com) Sam Ruiz (sam.ruiz@billups.com) | **ATB #:** BW_BYPCAL_27649.19 | **Billing Terms:** Net 30 |

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Oakland, CA | Poster | N/A | Oakland Entertainment Poster Network - 10 units | N/A | 05.13.2019 | 06.02.2019 | 1 | 0.75 | $2,857.14 | $2,142.86 |
| San Francisco, CA | Bulletin | 61931 | U S 101(Lick Fwy) & Bacon NW/S F/S | South | 04.29.2019 | 05.19.2019 | 1 | 0.75 | $15,000.00 | $11,250.00 |
| San Francisco, CA | Wallscape | 6005 | 325 Mason Street s/o Geary Street | North | 07.01.2019 | 08.04.2019 | 1 | 1.25 | $28,880.00 | $36,100.00 |
| San Francisco, CA | Poster | N/A | SF Millennial Poster Network of 10 units | N/A | 07.01.2019 | 07.21.2019 | 1 | 0.75 | $13,750.00 | $10,312.50 |
| San Francisco, CA | Poster | N/A | SF Millennial Poster Network of 10 units | N/A | 07.22.2019 | 12.29.2019 | 1 | 5.75 | $11,000.00 | $63,250.00 |

**Total Space:** **$123,055.36**

## INSTALL

| Market | Type | Unit # | Description | Post Date | Qty | Install Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Wallscape | 6005 | 325 Mason Street s/o Geary Street: Install | 07.01.2019 | 1 | $4,330.00 | $4,330.00 |

Exhibit B
Page 1 of 12

 billups

# Media Authorization

## INSTALL

| Market | Type | Unit # | Description | Post Date | Qty | Install Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|--------------|------------|
| | | | | | | **Total Install:** | **$4,330.00** |

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-----------------|------------|
| San Francisco, CA | Wallscape | 6005 | 325 Mason Street s/o Geary Street | 07.01.2019 | 1 | $4,400.00 | $4,400.00 |
| San Francisco, CA | Poster | N/A | SF Millennial Poster Network of 10 units | 07.01.2019 | 12 | $85.00 | $1,020.00 |
| | | | | | | **Total Production:** | **$5,420.00** |

| | |
|---|---|
| **Total Cost:** | **$132,805.36** |

Exhibit B
Page 2 of 12



# Media Authorization

Job Number: 27649

Signature: _____   Date: May 1, 2019

Print Name: Patricia Assad   Title: CMO

Authorized Representative: ByProxie

Signature: _____   Date: 5.1.19

Print Name: Stephanie Calderwood   Title: Investment Manager

Authorized Representative: Billups, Inc.

In accordance with the Business Terms & Conditions below (together referred to as "this Agreement"), please read this Agreement, then initial all pages and sign where required.

**BUSINESS TERMS & CONDITIONS**

**MEDIA AUTHORIZATION**

This agreement ("Agreement"), between the client specified above ("Client") and Billups, Inc. ("Billups") authorizes Billups to act as Client's agent in placing out of home advertising ("OOH") with owners and other applicable parties, entering into contracts and schedules for placement of OOH on behalf of Client, and directing the production and installation of advertising media (the "Services"). Client will be deemed to have approved placements whose costs are within budget limitations set by this Media Authorization. Client agrees to promptly provide all information necessary to establish credit terms with the OOH owner. In the event any OOH owner will not grant credit terms for Client, Billups will not be required to place media with such owner, unless Client pays for such placements in advance. Client will be solely responsible for all charges, expenses and costs arising out of all contracts and/or schedules with OOH owners. Client will be deemed to have approved production and/or installation of media as specified upon approval of a sample of the media being produced (a "Creative Proof"). Upon approval of the Creative Proof, Client will be solely responsible for all charges, expenses and costs arising out of the production and installation of media.

**PAYMENT TERMS**

Billups issues invoices on a monthly basis, covering the Services rendered in the previous calendar month. Payment is due within 45 days of the invoice date. The parties acknowledge that Client may be acting as agent to an advertising customer ("Advertiser"), and that if so, Advertiser shall guarantee Client's payment of all charges, expenses and costs arising out of all contracts and/or schedules with OOH owners. Client will promptly communicate any problem with Advertiser that may affect Client's ability to timely pay for Services. Billups may suspend Services due to nonpayment or repeated late payment. Billups may offset Client account credits, amounts already received from Client, or amounts due to Client, if any, against amounts due to Billups under this Media Authorization. Billups may, at its discretion, initiate collection efforts upon any overdue account. Client agrees to pay all reasonable attorney fees and costs incurred by Billups in any such collection action.

Exhibit B
Page 3 of 12

 billups

# Media Authorization

## CONFIDENTIALITY

Proprietary information of the parties and communications between the parties that are not otherwise publicly available, including without limitation this Agreement, Media Authorizations, Client and Advertiser creative content and media plans, OOH owner locations, contracts and rates, and any performance data gathered on behalf of Client or an OOH owner, are "Confidential Information." Confidential Information does not include information that: (a) at the time of disclosure to the recipient, is in the public domain; (b) after disclosure to the recipient, becomes part of the public domain through no fault of the recipient; (c) the recipient can show by written documentation was lawfully in its possession at the time of disclosure and had not been acquired, directly or indirectly, from the discloser; (d) is later furnished or made known to the recipient by a third party as a matter of right and without restriction on disclosure; or (e) is required to be disclosed by court order or other legal process binding on the recipient, in which case the recipient shall promptly notify the discloser of such requirements so that it may take steps (with recipient's reasonable cooperation) to obtain a protective order. The parties agree that Confidential Information has significant strategic value and will only be used as intended under this Agreement. In particular, the unauthorized disclosure of rate information to third parties may cause the OOH owners to withdraw the rates. Each party shall exercise reasonable care in safeguarding Confidential Information. All restrictive covenants contained in this section are reasonable and necessary to protect the legitimate business interest of each party, and any losses arising from a party's breach of this section cannot reasonably and adequately be compensated by monetary damages and may cause the injured party irreparable harm; accordingly on the failure of either party to comply with the restrictive covenants in this section, the injured party will be entitled to seek injunctive or other equitable relief in addition to monetary damages. Notwithstanding the foregoing, Billups may identify Client as its customer, and use images, video, and other information about publicly placed Client and Advertiser content in promotional materials. This section will survive the termination of this Agreement for so long as either party retains Confidential Information of the other.

## CONSIDERATION

Except as otherwise agreed to in writing in the form of a Service Level Agreement or Master Services Agreement ("SLA"), Billups' default pricing model for its services is dynamic. Please see our website at billups.com or speak to a Billups representative for details. In connection with providing services, Billups may receive or be entitled to participate in receiving risk-based discounts, performance-based credits, or other benefits. Unless otherwise specified in writing, Client acknowledges that Billups is entitled to such benefits.

## TERMINATION

This Media Authorization will remain in force until the last date of any media placement performed on behalf of Client. Once all placement schedules are complete, Billups will issue a final invoice for Services rendered. Upon receipt of payment for the final invoice, this Media Authorization will terminate. This Media Authorization is non-cancelable by Client. Client will remain fully responsible and liable for all charges, expenses and fees incurred or earned for contracted Services, except in the case that Client rejects a Creative Proof, in which case Client will not be responsible for production and installation costs that are not incurred. Rejection of a Creative Proof does not terminate this Agreement.

## INDEMNIFICATION

(a) Billups will indemnify, defend and hold Client harmless from any and all claims, suits, actions, liabilities, expenses and costs relating to losses, claims, damages, liabilities, judgments, settlements or costs and expenses (including reasonable attorneys' fees) against Client, its employees, directors or affiliates, arising out of or in connection with Billups' material breach of this Agreement or the gross negligence or willful misconduct of Billups under this Agreement. (b) Client will indemnify, defend and hold Billups harmless from any and all claims, suits, actions, liabilities, expenses and costs (including attorneys' fees), brought, made or recovered by any person or entity against Billups, its employees, directors or affiliates (i) for payment in connection with contracts made or schedules placed on behalf of Client (regardless of any cancellations); (ii) involving or relating to the content of OOH advertisements, including without limitation charges of false advertising, libel, or infringement of third party rights; or (iii) otherwise arising out of or in connection with the Client's material breach of this Agreement. (c) Billups will endeavor to safeguard Client advertising materials in its possession, if any, but Billups will not

Exhibit B
Page 4 of 12

 **billups**

# Media Authorization

be responsible should materials be lost, damaged, or destroyed while in possession of Billups or a third party appointed by Billups, unless due to Billups' gross negligence. (d) IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, OR LOSS OF BUSINESS OPPORTUNITY, EVEN IF SUCH DAMAGES ARE FORESEEABLE AND WHETHER OR NOT EITHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY THEREOF. This section shall survive the termination of this Agreement.

## FORCE MAJEURE

Excluding payment obligations, each party will be excused from performing obligations contained in this Media Authorization while such performance is prevented by an act of God, fire, flood, earthquake, transportation disruption, war, insurrection, labor dispute, or any other occurrence beyond the reasonable control of that party.

## REPRESENTATIONS

Each Party represents and warrants that it shall adhere to the standard representations regarding the Foreign Corrupt Practices Act and similar laws, the European Union's General Data Protection Regulation, and requirements regarding the use of data, available at http://billups.com/standard-representations/ (altogether the "Standard Representations"), and acknowledges that a breach of any of the Standard Representations shall constitute a material breach of this Agreement. Each Party acknowledges that Billups in its discretion has the authority to modify the Standard Representations from time to time.

## OOH INDUSTRY STANDARD PRACTICES

(a) Five Day Posting Window (applies to all standard, posted OOH formats), There is an industry standard five business days to post a campaign, beginning on the start date of the program. This 5-day posting window is required to cover weather delays and market scheduling. All programs will receive the full contracted campaign. Should weather or other unforeseen delays force the posting beyond the 5-day window, Billups will advise Agency and/or Client and an agreed-upon make good will be arranged with the vendor. If artwork deadlines are not met for materials Billups produces, or if finished materials are late to market (client produced), this 5-day posting window may be adjusted accordingly. Please note that non-standard, specialty media formats may require a longer posting window. (b) Inventory/Space Holds. Unless otherwise arranged in advance, it is Billups' typically submits locations and plans without space holds. Once inventory is approved, space will be re-confirmed for the schedule and holds requested. While each program varies depending upon the length of space holds that can be requested, industry standard is 3 business days. If approved inventory is not available for the requested time-period, Billups will submit replacements of equal or greater value, or an alternate schedule for the approved locations, subject to approval by Agency and/or Client. (c) Placement of certain units in New York City is subject to the NYC Commercial rent tax, which is the responsibility of the end user. See (http://www1.nyc.gov/site/finance/taxes/business-commercial-rent-tax-crt.page) for information.

## GENERAL

(a) This Agreement will be governed by and construed in accordance with the laws of the State of Oregon, without reference to conflicts of law principles. Any and all disputes relating to this Agreement, or breach hereof shall be resolved in arbitration, except any action initiated by Billups to collect upon any overdue or outstanding invoices, or any other amount owed under this Agreement ("Collection Action"), which shall be litigated in any State or United States District Court in Oregon. For any arbitration, the parties agree to utilize the services of the Arbitration Service of Portland ("ASP") in Portland, Oregon, and shall arbitrate disputes according to the current rules of the ASP. For any Collection Action, the parties agree that the prevailing party shall be entitled to collect its reasonable attorneys' fees, expert fees, costs, and disbursements. For any dispute under this Agreement including any Collection Action the parties expressly consent to jurisdiction and venue in the State of Oregon. (b) If Client and Billups have signed a Service Agreement for the provision of OOH advertising Services, this Media Authorization is considered an addendum to the Service Agreement, specifying the type and scope of Services provided. In the event of any conflict between the terms of this Media Authorization and the Service Agreement, the Service Agreement will control. (c) If this Media Authorization is the only written agreement between Client and Billups, then the parties understand and agree that this Media Authorization contains the entire agreement between the parties relating to the provision of Services as specified. The parties further agree that the Client may execute multiple Media Authorizations, and all such Media

Exhibit B
Page 5 of 12

 billups

# Media Authorization

Authorizations will remain in force until terminated pursuant to Section 5. Any amendment, modification, or waiver must be made in writing, signed by both parties, and making express reference to this Media Authorization, except that no consent shall be required if the stock or substantially all of the assets of a party are transferred (whether through a merger, sale or by operation of law), or for a transfer to an affiliate. (d) If any provision of this Media Authorization is held to be invalid, illegal or unenforceable, the remaining provisions of the Media Authorization will remain in full force and effect. (e) This Media Authorization may be executed in multiple parts, or executed digitally by submitting the completed form to Billups. (f) If the parties to this Media Authorization have entered into a separate SLA, this Media Authorization is hereby incorporated into, forms a part of, and is in all respects subject to the terms of the SLA, except that in the event of a conflict between this Media Authorization and the SLA this Media Authorization shall control. Unless expressly provided otherwise herein, capitalized terms have the meaning provided within the SLA. Unless modified herein, all terms in the SLA shall remain unchanged and in full force and effect.

Exhibit B
Page 6 of 12

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 27649-P-001 |
| Invoice Date | 07/01/2019 |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$9,750.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|--------|-------|--------|-------------|----------------|---------|-----|------------|
| San Francisco, CA | Wallscape | 6005 | 325 Mason Street s/o Geary Street: Install | 07/01/2019 | 1.00 | 1 | $4,330.00 |
| San Francisco, CA | Wallscape | 6005 | 325 Mason Street s/o Geary Street | 07/01/2019 | 1.00 | 1 | $4,400.00 |
| San Francisco, CA | Poster | N/A | SF Millennial Poster Network of 10 units | 07/01/2019 | 1.00 | 12 | $1,020.00 |

| **Balance Due** | **$9,750.00 USD** |
|---|---|

JOBID: 27649

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

Exhibit B
Page 7 of 12
1 of 1



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---:|
| Invoice # | 27649-S-001 |
| Invoice Date | 04/29/2019 |

**Advertiser:**
CaliChill

| | |
|---|---:|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$13,392.86 USD** |
|---|---:|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Oakland, CA | Poster | N/A | Oakland Entertainment Poster Network - 10 units | 05/13/2019 06/09/2019 | 0.75 | 1 | $2,142.86 |
| San Francisco, CA | Bulletin | 61931 | U S 101(Lick Fwy) & Bacon NW/S F/S | 04/29/2019 05/26/2019 | 0.75 | 1 | $11,250.00 |

| **Balance Due** | **$13,392.86 USD** |
|---|---:|

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 27649

Exhibit B
Page 8 of 12
1 of 1

 **billups**

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 27649-S-002 |
| Invoice Date | 07/01/2019 |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$50,192.50 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Wallscape | 6005 | 325 Mason Street s/o Geary Street | 07/01/2019 07/28/2019 | 1.00 | 1 | $28,880.00 |
| San Francisco, CA | Poster | N/A | SF Millennial Poster Network of 10 units | 07/01/2019 07/28/2019 | 0.75 | 1 | $10,312.50 |
| San Francisco, CA | Poster | N/A | SF Millennial Poster Network of 10 units | 07/22/2019 08/18/2019 | 1.00 | 1 | $11,000.00 |

| **Balance Due** | **$50,192.50 USD** |
|---|---|

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 27649

 **billups**

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 27649-S-003 |
| Invoice Date | 07/29/2019 |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$7,220.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Wallscape | 6005 | 325 Mason Street s/o Geary Street | 07/29/2019 08/25/2019 | 0.25 | 1 | $7,220.00 |

| **Balance Due** | **$7,220.00 USD** |
|---|---|

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 27649

Exhibit B
Page 10 of 12
1 of 1



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---:|
| Invoice # | 27649-S-004 |
| Invoice Date | 08/19/2019 |

**Advertiser:**
CaliChill

| | |
|---|---:|
| Customer PO # | N/A |
| Terms | Net 30 |

| | |
|---|---:|
| **Balance Due** | **$11,000.00 USD** |

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Poster | N/A | SF Millennial Poster Network of 10 units | 08/19/2019 09/15/2019 | 1.00 | 1 | $11,000.00 |

| | |
|---|---:|
| **Balance Due** | **$11,000.00 USD** |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 27649

Exhibit B
Page 11 of 12
1 of 1



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---:|
| Invoice # | 27649-S-005 |
| Invoice Date | 09/16/2019 |

**Advertiser:**
CaliChill

| | |
|---|---:|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$8,250.00 USD** |
|---|---:|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Poster | N/A | SF Millennial Poster Network of 10 units | 09/16/2019 10/13/2019 | 0.75 | 1 | $8,250.00 |
| San Francisco, CA | Poster | N/A | SF Millennial Poster Network of 10 units (CANCELLATION FROM 10/7 - 12/29) | 10/07/2019 11/03/2019 | 1.00 | 1 | $0.00 |

| **Balance Due** | **$8,250.00 USD** |
|---|---:|

Exhibit B
Page 12 of 12
1 of 1

JOBID: 27649

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com



# Media Authorization

| Client:<br>ByProxie | Client Media Contact(s):<br>Paty Assad (paty@byproxie.com) | Office:<br>Portland | Date:<br>05.20.2019 |
|---|---|---|---|
| Brand:<br>CaliChill | Billups Director(s):<br>Benjamin Billups (br@billups.com)<br>Sam Ruiz (sam.ruiz@billups.com) | ATB #:<br>BW_BYPCAL_27869.19 | Billing Terms:<br>Net 30 |

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Alameda, CA | Coffee Cup/Sleeves | N/A | 2,500 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | N/A | 06.01.2019 | 06.30.2019 | 1 | 1.00 | $710.00 | $710.00 |
| Alameda, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 5 locations. | N/A | 06.10.2019 | 07.07.2019 | 1 | 1.00 | $800.00 | $800.00 |
| Berkeley, CA | Coffee Cup/Sleeves | N/A | 14,400 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | N/A | 06.01.2019 | 06.30.2019 | 1 | 1.00 | $2,574.91 | $2,574.91 |
| Berkeley, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 11 locations. | N/A | 06.10.2019 | 07.07.2019 | 1 | 1.00 | $1,760.00 | $1,760.00 |
| Emeryville, CA | Coffee Cup/Sleeves | N/A | 1,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | N/A | 06.01.2019 | 06.30.2019 | 1 | 1.00 | $285.00 | $285.00 |
| Emeryville, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 3 locations. | N/A | 06.10.2019 | 07.07.2019 | 1 | 1.00 | $480.00 | $480.00 |

Exhibit C
Page 1 of 16



# Media Authorization

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Oakland, CA | Coffee Cup/Sleeves | N/A | 22,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | N/A | 06.01.2019 | 06.30.2019 | 1 | 1.00 | $4,706.71 | $4,706.71 |
| Oakland, CA | Bulletin | 1347 | Nimitz Frwy (I-880) NS 20ft W/O High St F/E - 1 | East | 06.03.2019 | 06.30.2019 | 1 | 1.00 | $8,750.00 | $8,750.00 |
| Oakland, CA | Premiere Panel | 1687 | Mandela Pkwy WS 165ft N/O Grand F/N - 1 | North | 06.03.2019 | 06.30.2019 | 1 | 1.00 | $950.00 | $950.00 |
| Oakland, CA | Premiere Panel | 2267 | 11th St SS 70ft E/O Jefferson F/W - 1 | West | 06.03.2019 | 06.30.2019 | 1 | 1.00 | $1,250.00 | $1,250.00 |
| Oakland, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 32 locations. | N/A | 06.10.2019 | 07.07.2019 | 1 | 1.00 | $5,120.00 | $5,120.00 |
| Oakland, CA | Bulletin | 1356 | MacArthur Frwy (I-580) SS 0.1mi E/O Eastshore Frwy (No Ext) F/E - 1 | East | 06.24.2019 | 07.21.2019 | 1 | 1.00 | $21,500.00 | $21,500.00 |
| San Francisco, CA | Coffee Cup/Sleeves | N/A | 75,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | N/A | 06.01.2019 | 06.30.2019 | 1 | 1.00 | $19,573.21 | $19,573.21 |
| San Francisco, CA | Premiere Panel | 1017 | Cesar Chavez SS 5ft W/O Tennessee F/E - 1 | West | 06.03.2019 | 06.30.2019 | 1 | 1.00 | $1,650.00 | $1,650.00 |
| San Francisco, CA | Premiere Panel | 1439 | Taraval SS 30ft E/O 31st Av F/W - 1 | West | 06.03.2019 | 06.30.2019 | 1 | 1.00 | $2,000.00 | $2,000.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | North | 06.03.2019 | 06.30.2019 | 1 | 1.00 | $11,000.00 | $11,000.00 |
| San Francisco, CA | Digital Bulletin | 6015 | Bayshore Frwy (US 101) WS .8 mi N/O San Francisco Airport (I-380)(%) F/S -2 | South | 06.03.2019 | 06.16.2019 | 1 | 0.50 | $11,200.00 | $5,600.00 |

Exhibit C
Page 2 of 16

 billups

# Media Authorization

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|--------|------|--------|-------------|--------|------------|----------|-----|--------|-----------|------------|
| San Francisco, CA | In-Window | N/A | Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | N/A | 06.03.2019 | 06.30.2019 | 1 | 1.00 | $12,340.00 | $12,340.00 |
| San Francisco, CA | Wallscape | SF12W | Sutter St. between Powell & Stockton (Union Square) F/E | East | 06.03.2019 | 06.30.2019 | 1 | 1.00 | $12,500.00 | $12,500.00 |
| San Francisco, CA | Wallscape | W3061O | Lombard E/O Webster % F/E | East | 06.03.2019 | 06.30.2019 | 1 | 1.00 | $5,000.00 | $5,000.00 |
| San Francisco, CA | Bulletin | 1403 | Bayshore Frwy (US 101) WS 900ft S/O Harbor (No Ext) F/SE - 1 | Southeast | 06.10.2019 | 07.07.2019 | 1 | 1.00 | $21,200.00 | $21,200.00 |
| San Francisco, CA | Bar Coasters | N/A | 2 Posters per location, 1,400 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 43 locations. | N/A | 06.10.2019 | 07.07.2019 | 1 | 1.00 | $6,880.00 | $6,880.00 |
| San Francisco, CA | Wallscape | SF35W | 3rd St & Townsend St F/S | South | 06.10.2019 | 07.07.2019 | 1 | 1.00 | $10,000.00 | $10,000.00 |
| San Francisco, CA | Digital Bulletin | 6015 | Bayshore Frwy (US 101) WS .8 mi N/O San Francisco Airport (I-380)(%) F/S -2 | South | 06.24.2019 | 06.30.2019 | 1 | 0.25 | $11,200.00 | $2,800.00 |
| San Francisco, CA | Bulletin | 61931 | U S 101(Lick Fwy) & Bacon NW/S F/S | South | 06.24.2019 | 07.21.2019 | 1 | 1.00 | $15,000.00 | $15,000.00 |
| San Leandro, CA | Coffee Cup/Sleeves | N/A | 2,800 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | N/A | 06.01.2019 | 06.30.2019 | 1 | 1.00 | $795.00 | $795.00 |
| San Leandro, CA | Bar Coasters | N/A | 2 Posters per location, 1,400 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 6 locations. | N/A | 06.10.2019 | 07.07.2019 | 1 | 1.00 | $960.00 | $960.00 |

**Total Space:**    **$176,184.83**

Exhibit C
Page 3 of 16

 billups

# Media Authorization

## INSTALL

| Market | Type | Unit # | Description | Post Date | Qty | Install Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|--------------|------------|
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | 06.03.2019 | 1 | $1,320.00 | $1,320.00 |
| San Francisco, CA | Wallscape | SF12W | Sutter St. between Powell & Stockton (Union Square) F/E | 06.03.2019 | 1 | $975.00 | $975.00 |
| San Francisco, CA | Wallscape | W3061O | Lombard E/O Webster % F/E | 06.03.2019 | 1 | $760.00 | $760.00 |
| San Francisco, CA | Wallscape | SF35W | 3rd St & Townsend St F/S | 06.10.2019 | 1 | $1,350.00 | $1,350.00 |
| | | | | | | **Total Install:** | **$4,405.00** |

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-----------------|------------|
| Alameda, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 5 locations. | 06.10.2019 | 1 | $1,712.50 | $1,712.50 |
| Berkeley, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 11 locations. | 06.10.2019 | 1 | $3,767.50 | $3,767.50 |
| Emeryville, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 3 locations. | 06.10.2019 | 1 | $1,027.50 | $1,027.50 |
| Oakland, CA | Bulletin | 1347 | Nimitz Frwy (I-880) NS 20ft W/O High St F/E - 1 | 06.03.2019 | 1 | $840.00 | $840.00 |
| Oakland, CA | Premiere Panel | 1687 | Mandela Pkwy WS 165ft N/O Grand F/N - 1 | 06.03.2019 | 1 | $360.00 | $360.00 |

Exhibit C
Page 4 of 16



# Media Authorization

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-----------------|------------|
| Oakland, CA | Premiere Panel | 2267 | 11th St SS 70ft E/O Jefferson F/W - 1 | 06.03.2019 | 1 | $360.00 | $360.00 |
| Oakland, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 32 locations. | 06.10.2019 | 1 | $10,960.00 | $10,960.00 |
| Oakland, CA | Bulletin | 1356 | MacArthur Frwy (I-580) SS 0.1mi E/O Eastshore Frwy (No Ext) F/E - 1 | 06.24.2019 | 1 | $840.00 | $840.00 |
| San Francisco, CA | Coffee Cup/Sleeves | N/A | 75,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | 06.01.2019 | 1 | $1,650.00 | $1,650.00 |
| San Francisco, CA | Premiere Panel | 1017 | Cesar Chavez SS 5ft W/O Tennessee F/E - 1 | 06.03.2019 | 1 | $125.00 | $125.00 |
| San Francisco, CA | Premiere Panel | 1439 | Taraval SS 30ft E/O 31st Av F/W - 1 | 06.03.2019 | 1 | $360.00 | $360.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | 06.03.2019 | 1 | $855.00 | $855.00 |
| San Francisco, CA | In-Window | N/A | Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | 06.03.2019 | 1 | $950.00 | $950.00 |
| San Francisco, CA | Wallscape | SF12W | Sutter St. between Powell & Stockton (Union Square) F/E | 06.03.2019 | 1 | $1,100.00 | $1,100.00 |
| San Francisco, CA | Wallscape | W3061O | Lombard E/O Webster % F/E | 06.03.2019 | 1 | $540.00 | $540.00 |
| San Francisco, CA | Bulletin | 1403 | Bayshore Frwy (US 101) WS 900ft S/O Harbor (No Ext) F/SE - 1 | 06.10.2019 | 1 | $840.00 | $840.00 |
| San Francisco, CA | Bar Coasters | N/A | 2 Posters per location, 1,400 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 43 locations. | 06.10.2019 | 1 | $15,695.00 | $15,695.00 |

Exhibit C
Page 5 of 16



# Media Authorization

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-----------------|------------|
| San Francisco, CA | Wallscape | SF35W | 3rd St & Townsend St F/S | 06.10.2019 | 1 | $1,200.00 | $1,200.00 |
| San Francisco, CA | Bulletin | 61931 | U S 101(Lick Fwy) & Bacon NW/S F/S | 06.24.2019 | 1 | $840.00 | $840.00 |
| San Leandro, CA | Bar Coasters | N/A | 2 Posters per location, 1,400 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 6 locations. | 06.10.2019 | 1 | $2,190.00 | $2,190.00 |

**Total Production:** **$46,212.50**

**Total Cost:** **$226,802.33**

Exhibit C
Page 6 of 16

Initials: _____

W: 503.454.0714  |  F: 503.454.0716  |  340 Oswego Pointe Drive, Suite 101. Lake Oswego, OR 97034

 **billups**

# Media Authorization

Job Number: 27869

Signature: _____    Date: 05/20/2019

Print Name: Patricia Assad    Title: _____

Authorized Representative: ByProxie

Signature: _____    Date: 5.20.19

Print Name: Stephanie Calderwood    Title: Investment Manager

Authorized Representative: Billups, Inc.

In accordance with the Business Terms & Conditions below (together referred to as "this Agreement"), please read this Agreement, then initial all pages and sign where required.

**BUSINESS TERMS & CONDITIONS**

**MEDIA AUTHORIZATION**

This agreement ("Agreement"), between the client specified above ("Client") and Billups, Inc. ("Billups") authorizes Billups to act as Client's agent in placing out of home advertising ("OOH") with owners and other applicable parties, entering into contracts and schedules for placement of OOH on behalf of Client, and directing the production and installation of advertising media (the "Services"). Client will be deemed to have approved placements whose costs are within budget limitations set by this Media Authorization. Client agrees to promptly provide all information necessary to establish credit terms with the OOH owner. In the event any OOH owner will not grant credit terms for Client, Billups will not be required to place media with such owner, unless Client pays for such placements in advance. Client will be solely responsible for all charges, expenses and costs arising out of all contracts and/or schedules with OOH owners. Client will be deemed to have approved production and/or installation of media as specified upon approval of a sample of the media being produced (a "Creative Proof"). Upon approval of the Creative Proof, Client will be solely responsible for all charges, expenses and costs arising out of the production and installation of media.

**PAYMENT TERMS**

Billups issues invoices on a monthly basis, covering the Services rendered in the previous calendar month. Payment is due within 45 days of the invoice date. The parties acknowledge that Client may be acting as agent to an advertising customer ("Advertiser"), and that if so, Advertiser shall guarantee Client's payment of all charges, expenses and costs arising out of all contracts and/or schedules with OOH owners. Client will promptly communicate any problem with Advertiser that may affect Client's ability to timely pay for Services. Billups may suspend Services due to nonpayment or repeated late payment. Billups may offset Client account credits, amounts already received from Client, or amounts due to Client, if any, against amounts due to Billups under this Media Authorization. Billups may, at its discretion, initiate collection efforts upon any overdue account. Client agrees to pay all reasonable attorney fees and costs incurred by Billups in any such collection action.

Exhibit C
Page 7 of 16

 **Media Authorization**

## CONFIDENTIALITY

Proprietary information of the parties and communications between the parties that are not otherwise publicly available, including without limitation this Agreement, Media Authorizations, Client and Advertiser creative content and media plans, OOH owner locations, contracts and rates, and any performance data gathered on behalf of Client or an OOH owner, are "Confidential Information." Confidential Information does not include information that: (a) at the time of disclosure to the recipient, is in the public domain; (b) after disclosure to the recipient, becomes part of the public domain through no fault of the recipient; (c) the recipient can show by written documentation was lawfully in its possession at the time of disclosure and had not been acquired, directly or indirectly, from the discloser; (d) is later furnished or made known to the recipient by a third party as a matter of right and without restriction on disclosure; or (e) is required to be disclosed by court order or other legal process binding on the recipient, in which case the recipient shall promptly notify the discloser of such requirements so that it may take steps (with recipient's reasonable cooperation) to obtain a protective order. The parties agree that Confidential Information has significant strategic value and will only be used as intended under this Agreement. In particular, the unauthorized disclosure of rate information to third parties may cause the OOH owners to withdraw the rates. Each party shall exercise reasonable care in safeguarding Confidential Information. All restrictive covenants contained in this section are reasonable and necessary to protect the legitimate business interest of each party, and any losses arising from a party's breach of this section cannot reasonably and adequately be compensated by monetary damages and may cause the injured party irreparable harm; accordingly on the failure of either party to comply with the restrictive covenants in this section, the injured party will be entitled to seek injunctive or other equitable relief in addition to monetary damages. Notwithstanding the foregoing, Billups may identify Client as its customer, and use images, video, and other information about publicly placed Client and Advertiser content in promotional materials. This section will survive the termination of this Agreement for so long as either party retains Confidential Information of the other.

## CONSIDERATION

Except as otherwise agreed to in writing in the form of a Service Level Agreement or Master Services Agreement ("SLA"), Billups' default pricing model for its services is dynamic. Please see our website at billups.com/services-pricing-plans or speak to a Billups representative for details. In connection with providing services, Billups may receive or be entitled to participate in receiving risk-based discounts, performance-based credits, or other benefits. Unless otherwise specified in writing, Client acknowledges that Billups is entitled to such benefits.

## TERMINATION

This Media Authorization will remain in force until the last date of any media placement performed on behalf of Client. Once all placement schedules are complete, Billups will issue a final invoice for Services rendered. Upon receipt of payment for the final invoice, this Media Authorization will terminate. This Media Authorization is non-cancelable by Client. Client will remain fully responsible and liable for all charges, expenses and fees incurred or earned for contracted Services, except in the case that Client rejects a Creative Proof, in which case Client will not be responsible for production and installation costs that are not incurred. Rejection of a Creative Proof does not terminate this Agreement.

## INDEMNIFICATION

(a) Billups will indemnify, defend and hold Client harmless from any and all claims, suits, actions, liabilities, expenses and costs relating to losses, claims, damages, liabilities, judgments, settlements or costs and expenses (including reasonable attorneys' fees) against Client, its employees, directors or affiliates, arising out of or in connection with Billups' material breach of this Agreement or the gross negligence or willful misconduct of Billups under this Agreement. (b) Client will indemnify, defend and hold Billups harmless from any and all claims, suits, actions, liabilities, expenses and costs (including attorneys' fees), brought, made or recovered by any person or entity against Billups, its employees, directors or affiliates (i) for payment in connection with contracts made or schedules placed on behalf of Client (regardless of any cancellations); (ii) involving or relating to the content of OOH advertisements, including without limitation charges of false advertising, libel, or infringement of third party rights; or (iii) otherwise arising out of or in connection with the Client's material breach of this Agreement. (c) Billups will endeavor to safeguard Client advertising materials in its possession, if any, but Billups will not

Exhibit C
Page 8 of 16

 **billups**                                              # Media Authorization

be responsible should materials be lost, damaged, or destroyed while in possession of Billups or a third party appointed by Billups, unless due to Billups' gross negligence. (d) IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, OR LOSS OF BUSINESS OPPORTUNITY, EVEN IF SUCH DAMAGES ARE FORESEEABLE AND WHETHER OR NOT EITHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY THEREOF. This section shall survive the termination of this Agreement.

**FORCE MAJEURE**

Excluding payment obligations, each party will be excused from performing obligations contained in this Media Authorization while such performance is prevented by an act of God, fire, flood, earthquake, transportation disruption, war, insurrection, labor dispute, or any other occurrence beyond the reasonable control of that party.

**REPRESENTATIONS**

Each Party represents and warrants that it shall adhere to the standard representations regarding the Foreign Corrupt Practices Act and similar laws, the European Union's General Data Protection Regulation, and requirements regarding the use of data, available at http://billups.com/standard-representations/ (altogether the "Standard Representations"), and acknowledges that a breach of any of the Standard Representations shall constitute a material breach of this Agreement. Each Party acknowledges that Billups in its discretion has the authority to modify the Standard Representations from time to time.

**OOH INDUSTRY STANDARD PRACTICES**

(a) Five Day Posting Window (applies to all standard, posted OOH formats), There is an industry standard five business days to post a campaign, beginning on the start date of the program. This 5-day posting window is required to cover weather delays and market scheduling. All programs will receive the full contracted campaign. Should weather or other unforeseen delays force the posting beyond the 5-day window, Billups will advise Agency and/or Client and an agreed-upon make good will be arranged with the vendor. If artwork deadlines are not met for materials Billups produces, or if finished materials are late to market (client produced), this 5-day posting window may be adjusted accordingly. Please note that non-standard, specialty media formats may require a longer posting window. (b) Inventory/Space Holds. Unless otherwise arranged in advance, it is Billups' typically submits locations and plans without space holds. Once inventory is approved, space will be re-confirmed for the schedule and holds requested. While each program varies depending upon the length of space holds that can be requested, industry standard is 3 business days. If approved inventory is not available for the requested time-period, Billups will submit replacements of equal or greater value, or an alternate schedule for the approved locations, subject to approval by Agency and/or Client. (c) Placement of certain units in New York City is subject to the NYC Commercial rent tax, which is the responsibility of the end user. See (http://www1.nyc.gov/site/finance/taxes/business-commercial-rent-tax-crt.page) for information.

**GENERAL**

(a) This Agreement will be governed by and construed in accordance with the laws of the State of Oregon, without reference to conflicts of law principles. Any and all disputes relating to this Agreement, or breach hereof shall be resolved in arbitration, except any action initiated by Billups to collect upon any overdue or outstanding invoices, or any other amount owed under this Agreement ("Collection Action"), which shall be litigated in any State or United States District Court in Oregon. For any arbitration, the parties agree to utilize the services of the Arbitration Service of Portland ("ASP") in Portland, Oregon, and shall arbitrate disputes according to the current rules of the ASP. For any Collection Action, the parties agree that the prevailing party shall be entitled to collect its reasonable attorneys' fees, expert fees, costs, and disbursements. For any dispute under this Agreement including any Collection Action the parties expressly consent to jurisdiction and venue in the State of Oregon. (b) If Client and Billups have signed a Service Agreement for the provision of OOH advertising Services, this Media Authorization is considered an addendum to the Service Agreement, specifying the type and scope of Services provided. In the event of any conflict between the terms of this Media Authorization and the Service Agreement, the Service Agreement will control. (c) If this Media Authorization is the only written agreement between Client and Billups, then the parties understand and agree that this Media Authorization contains the entire agreement between the parties relating to the provision of Services as specified. The parties further agree that the Client may execute multiple Media Authorizations, and all such Media

Exhibit C
Page 9 of 16



# Media Authorization

Authorizations will remain in force until terminated pursuant to Section 5. Any amendment, modification, or waiver must be made in writing, signed by both parties, and making express reference to this Media Authorization, except that no consent shall be required if the stock or substantially all of the assets of a party are transferred (whether through a merger, sale or by operation of law), or for a transfer to an affiliate. (d) If any provision of this Media Authorization is held to be invalid, illegal or unenforceable, the remaining provisions of the Media Authorization will remain in full force and effect. (e) This Media Authorization may be executed in multiple parts, or executed digitally by submitting the completed form to Billups. (f) If the parties to this Media Authorization have entered into a separate SLA, this Media Authorization is hereby incorporated into, forms a part of, and is in all respects subject to the terms of the SLA, except that in the event of a conflict between this Media Authorization and the SLA this Media Authorization shall control. Unless expressly provided otherwise herein, capitalized terms have the meaning provided within the SLA. Unless modified herein, all terms in the SLA shall remain unchanged and in full force and effect.

Exhibit C
Page 10 of 16

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 27869-P-001 |
| Invoice Date | 06/01/2019 |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| Balance Due | $50,617.50 USD |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Alameda, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 5 locations. | 06/10/2019 | 1.00 | 1 | $1,712.50 |
| Berkeley, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 11 locations. | 06/10/2019 | 1.00 | 1 | $3,767.50 |
| Emeryville, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 3 locations. | 06/10/2019 | 1.00 | 1 | $1,027.50 |
| Oakland, CA | Bulletin | 1347 | Nimitz Frwy (I-880) NS 20ft W/O High St F/E - 1 | 06/03/2019 | 1.00 | 1 | $840.00 |
| Oakland, CA | Bulletin | 1356 | MacArthur Frwy (I-580) SS 0.1mi E/O Eastshore Frwy (No Ext) F/E - 1 | 06/24/2019 | 1.00 | 1 | $840.00 |
| Oakland, CA | Premiere Panel | 1687 | Mandela Pkwy WS 165ft N/O Grand F/N - 1 | 06/03/2019 | 1.00 | 1 | $360.00 |
| Oakland, CA | Premiere Panel | 2267 | 11th St SS 70ft E/O Jefferson F/W - 1 | 06/03/2019 | 1.00 | 1 | $360.00 |
| Oakland, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 32 locations. | 06/10/2019 | 1.00 | 1 | $10,960.00 |
| San Francisco, CA | Premiere Panel | 1017 | Golden Gate SS 100ft E/O Jones F/W - 1 | 06/03/2019 | 1.00 | 1 | $125.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 27869

Exhibit C
Page 11 of 16
1 of 3

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 27869-P-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$50,617.50 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Bulletin | 1403 | Bayshore Frwy (US 101) WS 900ft S/O Harbor (No Ext) F/SE - 1 | 06/10/2019 | 1.00 | 1 | $840.00 |
| San Francisco, CA | Premiere Panel | 1439 | Taraval SS 30ft E/O 31st Av F/W - 1 | 06/03/2019 | 1.00 | 1 | $360.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | 06/03/2019 | 1.00 | 1 | $855.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111: Install | 06/03/2019 | 1.00 | 1 | $1,320.00 |
| San Francisco, CA | Bulletin | 61931 | U S 101(Lick Fwy) & Bacon NW/S F/S | 06/24/2019 | 1.00 | 1 | $840.00 |
| San Francisco, CA | Coffee Cup/Sleeves | N/A | 75,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | 06/01/2019 | 1.00 | 1 | $1,650.00 |
| San Francisco, CA | In-Window | N/A | Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | 06/03/2019 | 1.00 | 1 | $950.00 |
| San Francisco, CA | Bar Coasters | N/A | 2 Posters per location, 1,400 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 43 locations. | 06/10/2019 | 1.00 | 1 | $15,695.00 |
| San Francisco, CA | Wallscape | SF12W | Sutter St. between Powell & Stockton (Union Square) F/E | 06/03/2019 | 1.00 | 1 | $1,100.00 |
| San Francisco, CA | Wallscape | SF12W | Sutter St. between Powell & Stockton (Union Square) F/E: Install | 06/03/2019 | 1.00 | 1 | $975.00 |
| San Francisco, CA | Wallscape | SF35W | 3rd St & Townsend St | 06/10/2019 | 1.00 | 1 | $1,200.00 |

JOBID: 27869

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

Exhibit C
Page 12 of 16
2 of 3

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

Invoice #                27869-P-001
Invoice Date

**Advertiser:**
CaliChill

Customer PO #                N/A
Terms                Net 30

| Balance Due | $50,617.50 USD |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Wallscape | SF35W | 3rd St & Townsend St: Install | 06/10/2019 | 1.00 | 1 | $1,350.00 |
| San Francisco, CA | Wallscape | W3061O | Lombard E/O Webster F/E | 06/03/2019 | 1.00 | 1 | $540.00 |
| San Francisco, CA | Wallscape | W3061O | Lombard E/O Webster F/E: Install | 06/03/2019 | 1.00 | 1 | $760.00 |
| San Leandro, CA | Bar Coasters | N/A | 2 Posters per location, 1,400 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 6 locations. | 06/10/2019 | 1.00 | 1 | $2,190.00 |

| Balance Due | $50,617.50 USD |
|---|---|

JOBID: 27869

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

Exhibit C
Page 13 of 16
3 of 3



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 27869-S-001 |
| Invoice Date | 06/01/2019 |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$176,184.83 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|--------|-------|--------|-------------|----------------|---------|-----|-----------|
| Alameda, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 5 locations. | 06/10/2019 07/07/2019 | 1.00 | 1 | $800.00 |
| Alameda, CA | Coffee Cup/Sleeves | N/A | 2,500 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | 06/01/2019 06/28/2019 | 1.00 | 1 | $710.00 |
| Berkeley, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 11 locations. | 06/10/2019 07/07/2019 | 1.00 | 1 | $1,760.00 |
| Berkeley, CA | Coffee Cup/Sleeves | N/A | 14,400 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | 06/01/2019 06/28/2019 | 1.00 | 1 | $2,574.91 |
| Emeryville, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 3 locations. | 06/10/2019 07/07/2019 | 1.00 | 1 | $480.00 |
| Emeryville, CA | Coffee Cup/Sleeves | N/A | 1,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | 06/01/2019 06/28/2019 | 1.00 | 1 | $285.00 |
| Oakland, CA | Bulletin | 1347 | Nimitz Frwy (I-880) NS 20ft W/O High St F/E - 1 | 06/03/2019 06/30/2019 | 1.00 | 1 | $8,750.00 |
| Oakland, CA | Bulletin | 1356 | MacArthur Frwy (I-580) SS 0.1mi E/O Eastshore Frwy (No Ext) F/E - 1 | 06/24/2019 07/21/2019 | 1.00 | 1 | $21,500.00 |
| Oakland, CA | Premiere Panel | 1687 | Mandela Pkwy WS 165ft N/O Grand F/N - 1 | 06/03/2019 06/30/2019 | 1.00 | 1 | $950.00 |

JOBID: 27869

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

Exhibit C
Page 14 of 16
1 of 3



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

**Advertiser:**
CaliChill

| | |
|---|---|
| Invoice # | 27869-S-001 |
| Invoice Date | |

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$176,184.83 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|--------|-------|--------|-------------|----------------|---------|-----|-----------|
| Oakland, CA | Premiere Panel | 2267 | 11th St SS 70ft E/O Jefferson F/W - 1 | 06/03/2019 06/30/2019 | 1.00 | 1 | $1,250.00 |
| Oakland, CA | Bar Coasters | N/A | 2 Posters per location, 1,300 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 32 locations. | 06/10/2019 07/07/2019 | 1.00 | 1 | $5,120.00 |
| Oakland, CA | Coffee Cup/Sleeves | N/A | 22,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | 06/01/2019 06/28/2019 | 1.00 | 1 | $4,706.71 |
| San Francisco, CA | Premiere Panel | 1017 | Golden Gate SS 100ft E/O Jones F/W - 1 | 06/03/2019 06/30/2019 | 1.00 | 1 | $1,650.00 |
| San Francisco, CA | Bulletin | 1403 | Bayshore Frwy (US 101) WS 900ft S/O Harbor (No Ext) F/SE - 1 | 06/10/2019 07/07/2019 | 1.00 | 1 | $21,200.00 |
| San Francisco, CA | Premiere Panel | 1439 | Taraval SS 30ft E/O 31st Av F/W - 1 | 06/03/2019 06/30/2019 | 1.00 | 1 | $2,000.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | 06/03/2019 06/30/2019 | 1.00 | 1 | $11,000.00 |
| San Francisco, CA | Digital Bulletin | 6015 | Bayshore Frwy (US 101) WS .8 mi N/O San Francisco Airport (I-380)(%) F/S -2 | 06/03/2019 06/30/2019 | 0.50 | 1 | $5,600.00 |
| San Francisco, CA | Digital Bulletin | 6015 | Bayshore Frwy (US 101) WS .8 mi N/O San Francisco Airport (I-380)(%) F/S -2 | 06/24/2019 07/21/2019 | 0.25 | 1 | $2,800.00 |
| San Francisco, CA | Bulletin | 61931 | U S 101(Lick Fwy) & Bacon NW/S F/S | 06/24/2019 07/21/2019 | 1.00 | 1 | $15,000.00 |

JOBID: 27869

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

Exhibit C
Page 15 of 16
2 of 3

 **billups**

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 27869-S-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$176,184.83 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Bar Coasters | N/A | 2 Posters per location, 1,400 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 43 locations. | 06/10/2019 07/07/2019 | 1.00 | 1 | $6,880.00 |
| San Francisco, CA | Coffee Cup/Sleeves | N/A | 75,000 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | 06/01/2019 06/28/2019 | 1.00 | 1 | $19,573.21 |
| San Francisco, CA | In-Window | N/A | Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | 06/03/2019 06/30/2019 | 1.00 | 1 | $12,340.00 |
| San Francisco, CA | Wallscape | SF12W | Sutter St. between Powell & Stockton (Union Square) F/E | 06/03/2019 06/30/2019 | 1.00 | 1 | $12,500.00 |
| San Francisco, CA | Wallscape | SF35W | 3rd St & Townsend St | 06/10/2019 07/07/2019 | 1.00 | 1 | $10,000.00 |
| San Francisco, CA | Wallscape | W3061O | Lombard E/O Webster F/E | 06/03/2019 06/30/2019 | 1.00 | 1 | $5,000.00 |
| San Leandro, CA | Bar Coasters | N/A | 2 Posters per location, 1,400 Coaster per location, 1 Mirror Cling, and added value Table Tents (quantity pending availability). 6 locations. | 06/10/2019 07/07/2019 | 1.00 | 1 | $960.00 |
| San Leandro, CA | Coffee Cup/Sleeves | N/A | 2,800 Coffee Sleeves per month. Total number of cafes in program based on contracted volume of sleeves. | 06/01/2019 06/28/2019 | 1.00 | 1 | $795.00 |

| **Balance Due** | **$176,184.83 USD** |
|---|---|

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 27869

Exhibit C
Page 16 of 16
3 of 3



# Media Authorization

| Client:<br>ByProxie | Client Media Contact(s):<br>Paty Assad (paty@byproxie.com) | Office:<br>Portland | Date:<br>06.19.2019 |
|---|---|---|---|
| Brand:<br>CaliChill | Billups Director(s):<br>Benjamin Billups (br@billups.com)<br>Sam Ruiz (sam.ruiz@billups.com) | ATB #:<br>BW_BYPCAL_28100.19 | Billing Terms:<br>Net 30 |

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Alameda, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $800.00 | $800.00 |
| All Market(s), NA | Coffee Cup/Sleeves | Coffee Cup/Sleeves | OPTION A: Exclusive Café/ Coffee Shop Network - Alameda ,Berkeley, Brisbane, Cupertino, Daly City, Emeryville, Fremont, Hayward, Oakland, Pacifica, Redwood City, San Francisco, San Leandro, San Mateo, South San Francisco. Install included (163,050) | | 07.01.2019 | 07.31.2019 | 1 | 1.00 | $41,670.00 | $41,670.00 |
| Berkeley, CA | Poster | | BAR MEDIA; 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 11 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $1,760.00 | $1,760.00 |
| Brisbane, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 1 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $160.00 | $160.00 |
| Cupertino, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 2 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $320.00 | $320.00 |

Exhibit D
Page 1 of 20

 billups

# Media Authorization

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|--------|------|--------|-------------|--------|------------|----------|-----|--------|-----------|------------|
| Daly City, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $800.00 | $800.00 |
| Emeryville, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $480.00 | $480.00 |
| Fremont, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 4 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $640.00 | $640.00 |
| Hayward, CA | Poster | | 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 8 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $1,280.00 | $1,280.00 |
| Oakland, CA | Bulletin | 1221 | Grand ES 153ft S/O Mandana F/N - 1 | North | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $6,500.00 | $6,500.00 |
| Oakland, CA | Bulletin | 1680 | Shattuck ES 5ft N/O 52nd St (Sm Ext) F/S - 1 | South | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $3,200.00 | $3,200.00 |
| Oakland, CA | Premiere Panel | 1684 | College ES 39ft N/O Taft F/S - 1 | South | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $2,000.00 | $2,000.00 |
| Oakland, CA | Poster | 1699 | Doolittle NS 0.3mi E/O 98th Av F/W - 1 | West | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $1,800.00 | $1,800.00 |
| Oakland, CA | Poster | 1973 | Market ES 90ft N/O 45th St F/N - 1 | North | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $1,200.00 | $1,200.00 |
| Oakland, CA | Poster | 2027 | San Leandro NS 300ft W/O High F/W - 1 | West | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $1,800.00 | $1,800.00 |
| Oakland, CA | Premiere Panel | 2109 | Shattuck WS 35ft S/O 65th St F/S - 1 | North | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $2,000.00 | $2,000.00 |
| Oakland, CA | Premiere Panel | 2181 | W Grand NS 158ft W/O Mandela Pkwy F/E - 1 | East | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $1,400.00 | $1,400.00 |

Exhibit D
Page 2 of 20



# Media Authorization

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|--------|------|--------|-------------|--------|-----------|----------|-----|--------|-----------|-----------|
| Oakland, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 32 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $5,120.00 | $5,120.00 |
| Pacifica, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $480.00 | $480.00 |
| Redwood City, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 7 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $1,120.00 | $1,120.00 |
| San Francisco, CA | In-Window | In-Window | Window Poster Displays (July) Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | | 07.01.2019 | 07.28.2019 | 1 | 1.00 | $12,340.00 | $12,340.00 |
| San Francisco, CA | Poster | 1014 | Cesar Chavez SS 90ft E/O Indiana F/W - 1 | West | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $1,800.00 | $1,800.00 |
| San Francisco, CA | Poster | 1040 | Bayshore Blvd WS 400ft S/O Sunnydale F/S - 2 | South | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $1,800.00 | $1,800.00 |
| San Francisco, CA | Poster | 1159 | Folsom ES 10ft S/O 13th St F/N - 1 | North | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $1,800.00 | $1,800.00 |
| San Francisco, CA | Bulletin | 1422 | Bayshore Frwy (US 101) ES 300ft N/O Grand (No Ext) F/N - 2 | North | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $12,500.00 | $12,500.00 |
| San Francisco, CA | Digital Bulletin | 6014 | Bayshore Frwy (US 101) WS 0.8 mi N/O San Francisco Airport F/N | North | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $14,000.00 | $14,000.00 |
| San Francisco, CA | Digital Bulletin | 6015 | Bayshore Frwy (US 101) WS .8 mi N/O San Francisco Airport (I-380)(%) F/S -2 | South | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $13,000.00 | $13,000.00 |



# Media Authorization

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|--------|------|--------|-------------|--------|------------|----------|-----|--------|-----------|------------|
| San Francisco, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 43 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $6,880.00 | $6,880.00 |
| San Leandro, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $960.00 | $960.00 |
| San Mateo, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 15 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $2,400.00 | $2,400.00 |
| South San Francisco, CA | Poster | | BAR MEDIA:2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | | 07.08.2019 | 08.04.2019 | 1 | 1.00 | $960.00 | $960.00 |
| | | | | | | | | **Total Space:** | | **$142,970.00** |

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-----------------|------------|
| Alameda, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | 07.08.2019 | 1 | $2,375.00 | $2,375.00 |
| Berkeley, CA | Poster | | BAR MEDIA; 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 11 locations. | 07.08.2019 | 1 | $5,225.00 | $5,225.00 |

Exhibit D
Page 4 of 20

 billups

# Media Authorization

PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-----------------|------------|
| Brisbane, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 1 locations. | 07.08.2019 | 1 | $475.00 | $475.00 |
| Cupertino, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 2 locations. | 07.08.2019 | 1 | $950.00 | $950.00 |
| Daly City, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | 07.08.2019 | 1 | $2,375.00 | $2,375.00 |
| Emeryville, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | 07.08.2019 | 1 | $1,425.00 | $1,425.00 |
| Fremont, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 4 locations. | 07.08.2019 | 1 | $1,900.00 | $1,900.00 |
| Hayward, CA | Poster | | 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 8 locations. | 07.08.2019 | 1 | $3,800.00 | $3,800.00 |
| Oakland, CA | Bulletin | 1221 | Grand ES 153ft S/O Mandana F/N - 1 | 07.08.2019 | 1 | $840.00 | $840.00 |
| Oakland, CA | Bulletin | 1680 | Shattuck ES 5ft N/O 52nd St (Sm Ext) F/S - 1 | 07.08.2019 | 1 | $840.00 | $840.00 |
| Oakland, CA | Premiere Panel | 1684 | College ES 39ft N/O Taft F/S - 1 | 07.08.2019 | 1 | $360.00 | $360.00 |
| Oakland, CA | Poster | 1699 | Doolittle NS 0.3mi E/O 98th Av F/W - 1 | 07.08.2019 | 1 | $80.00 | $80.00 |
| Oakland, CA | Poster | 1973 | Market ES 90ft N/O 45th St F/N - 1 | 07.08.2019 | 1 | $80.00 | $80.00 |
| Oakland, CA | Poster | 2027 | San Leandro NS 300ft W/O High F/W - 1 | 07.08.2019 | 1 | $80.00 | $80.00 |

Exhibit D
Page 5 of 20



# Media Authorization

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-----------------|------------|
| Oakland, CA | Premiere Panel | 2109 | Shattuck WS 35ft S/O 65th St F/S - 1 | 07.08.2019 | 1 | $360.00 | $360.00 |
| Oakland, CA | Premiere Panel | 2181 | W Grand NS 158ft W/O Mandela Pkwy F/E - 1 | 07.08.2019 | 1 | $360.00 | $360.00 |
| Oakland, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 32 locations. | 07.08.2019 | 1 | $15,200.00 | $15,200.00 |
| Pacifica, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | 07.08.2019 | 1 | $1,425.00 | $1,425.00 |
| Redwood City, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 7 locations. | 07.08.2019 | 1 | $3,325.00 | $3,325.00 |
| San Francisco, CA | In-Window | In-Window | Window Poster Displays (July) Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | 07.01.2019 | 1 | $950.00 | $950.00 |
| San Francisco, CA | Poster | 1014 | Cesar Chavez SS 90ft E/O Indiana F/W - 1 | 07.08.2019 | 1 | $80.00 | $80.00 |
| San Francisco, CA | Poster | 1040 | Bayshore Blvd WS 400ft S/O Sunnydale F/S - 2 | 07.08.2019 | 1 | $80.00 | $80.00 |
| San Francisco, CA | Poster | 1159 | Folsom ES 10ft S/O 13th St F/N - 1 | 07.08.2019 | 1 | $80.00 | $80.00 |
| San Francisco, CA | Bulletin | 1422 | Bayshore Frwy (US 101) ES 300ft N/O Grand (No Ext) F/N - 2 | 07.08.2019 | 1 | $840.00 | $840.00 |
| San Francisco, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 43 locations. | 07.08.2019 | 1 | $20,425.00 | $20,425.00 |



# Media Authorization

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-----------------|------------|
| San Leandro, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | 07.08.2019 | 1 | $2,850.00 | $2,850.00 |
| San Mateo, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 15 locations. | 07.08.2019 | 1 | $7,125.00 | $7,125.00 |
| South San Francisco, CA | Poster | | BAR MEDIA:2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | 07.08.2019 | 1 | $2,850.00 | $2,850.00 |

**Total Production:** **$76,755.00**

**Total Cost:** **$219,725.00**

Initials: _____          W: 503.454.0714  |  F: 503.454.0716  |  340 Oswego Pointe Drive, Suite 101. Lake Oswego, OR 97034

 **billups**

# Media Authorization

Job Number: 28100

Signature: _Assad_    Date: 06 / 24 / 2019

Print Name: Patricia Assad    Title: _____

Authorized Representative: ByProxie

Signature: _Stephanie Calderwood_    Date: 6.25.19

Print Name: Stephanie Calderwood    Title: Investment Manager

Authorized Representative: Billups, Inc.

In accordance with the Business Terms & Conditions below (together referred to as "this Agreement"), please read this Agreement, then initial all pages and sign where required.

## BUSINESS TERMS & CONDITIONS

### MEDIA AUTHORIZATION

This agreement ("Agreement"), between the client specified above ("Client") and Billups, Inc. ("Billups") authorizes Billups to act as Client's agent in placing out of home advertising ("OOH") with owners and other applicable parties, entering into contracts and schedules for placement of OOH on behalf of Client, and directing the production and installation of advertising media (the "Services"). Client will be deemed to have approved placements whose costs are within budget limitations set by this Media Authorization. Client agrees to promptly provide all information necessary to establish credit terms with the OOH owner. In the event any OOH owner will not grant credit terms for Client, Billups will not be required to place media with such owner, unless Client pays for such placements in advance. Client will be solely responsible for all charges, expenses and costs arising out of all contracts and/or schedules with OOH owners. Client will be deemed to have approved production and/or installation of media as specified upon approval of a sample of the media being produced (a "Creative Proof"). Upon approval of the Creative Proof, Client will be solely responsible for all charges, expenses and costs arising out of the production and installation of media.

### PAYMENT TERMS

Billups issues invoices on a monthly basis, covering the Services rendered in the previous calendar month. Payment is due within 45 days of the invoice date. The parties acknowledge that Client may be acting as agent to an advertising customer ("Advertiser"), and that if so, Advertiser shall guarantee Client's payment of all charges, expenses and costs arising out of all contracts and/or schedules with OOH owners. Client will promptly communicate any problem with Advertiser that may affect Client's ability to timely pay for Services. Billups may suspend Services due to nonpayment or repeated late payment. Billups may offset Client account credits, amounts already received from Client, or amounts due to Client, if any, against amounts due to Billups under this Media Authorization. Billups may, at its discretion, initiate collection efforts upon any overdue account. Client agrees to pay all reasonable attorney fees and costs incurred by Billups in any such collection action.

Exhibit D
Page 8 of 20

 **billups**                                                    # Media Authorization

**CONFIDENTIALITY**

Proprietary information of the parties and communications between the parties that are not otherwise publicly available, including without limitation this Agreement, Media Authorizations, Client and Advertiser creative content and media plans, OOH owner locations, contracts and rates, and any performance data gathered on behalf of Client or an OOH owner, are "Confidential Information." Confidential Information does not include information that: (a) at the time of disclosure to the recipient, is in the public domain; (b) after disclosure to the recipient, becomes part of the public domain through no fault of the recipient; (c) the recipient can show by written documentation was lawfully in its possession at the time of disclosure and had not been acquired, directly or indirectly, from the discloser; (d) is later furnished or made known to the recipient by a third party as a matter of right and without restriction on disclosure; or (e) is required to be disclosed by court order or other legal process binding on the recipient, in which case the recipient shall promptly notify the discloser of such requirements so that it may take steps (with recipient's reasonable cooperation) to obtain a protective order. The parties agree that Confidential Information has significant strategic value and will only be used as intended under this Agreement. In particular, the unauthorized disclosure of rate information to third parties may cause the OOH owners to withdraw the rates. Each party shall exercise reasonable care in safeguarding Confidential Information. All restrictive covenants contained in this section are reasonable and necessary to protect the legitimate business interest of each party, and any losses arising from a party's breach of this section cannot reasonably and adequately be compensated by monetary damages and may cause the injured party irreparable harm; accordingly on the failure of either party to comply with the restrictive covenants in this section, the injured party will be entitled to seek injunctive or other equitable relief in addition to monetary damages. Notwithstanding the foregoing, Billups may identify Client as its customer, and use images, video, and other information about publicly placed Client and Advertiser content in promotional materials. This section will survive the termination of this Agreement for so long as either party retains Confidential Information of the other.

**CONSIDERATION**

Except as otherwise agreed to in writing in the form of a Service Level Agreement or Master Services Agreement ("SLA"), Billups' default pricing model for its services is dynamic. Please see our website at billups.com/services-pricing-plans or speak to a Billups representative for details. In connection with providing services, Billups may receive or be entitled to participate in receiving risk-based discounts, performance-based credits, or other benefits. Unless otherwise specified in writing, Client acknowledges that Billups is entitled to such benefits.

**TERMINATION**

This Media Authorization will remain in force until the last date of any media placement performed on behalf of Client. Once all placement schedules are complete, Billups will issue a final invoice for Services rendered. Upon receipt of payment for the final invoice, this Media Authorization will terminate. This Media Authorization is non-cancelable by Client. Client will remain fully responsible and liable for all charges, expenses and fees incurred or earned for contracted Services, except in the case that Client rejects a Creative Proof, in which case Client will not be responsible for production and installation costs that are not incurred. Rejection of a Creative Proof does not terminate this Agreement.

**INDEMNIFICATION**

(a) Billups will indemnify, defend and hold Client harmless from any and all claims, suits, actions, liabilities, expenses and costs relating to losses, claims, damages, liabilities, judgments, settlements or costs and expenses (including reasonable attorneys' fees) against Client, its employees, directors or affiliates, arising out of or in connection with Billups' material breach of this Agreement or the gross negligence or willful misconduct of Billups under this Agreement. (b) Client will indemnify, defend and hold Billups harmless from any and all claims, suits, actions, liabilities, expenses and costs (including attorneys' fees), brought, made or recovered by any person or entity against Billups, its employees, directors or affiliates (i) for payment in connection with contracts made or schedules placed on behalf of Client (regardless of any cancellations); (ii) involving or relating to the content of OOH advertisements, including without limitation charges of false advertising, libel, or infringement of third party rights; or (iii) otherwise arising out of or in connection with the Client's material breach of this Agreement. (c) Billups will endeavor to safeguard Client advertising materials in its possession, if any, but Billups will not

 **billups**

# Media Authorization

be responsible should materials be lost, damaged, or destroyed while in possession of Billups or a third party appointed by Billups, unless due to Billups' gross negligence. (d) IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, OR LOSS OF BUSINESS OPPORTUNITY, EVEN IF SUCH DAMAGES ARE FORESEEABLE AND WHETHER OR NOT EITHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY THEREOF. This section shall survive the termination of this Agreement.

## FORCE MAJEURE

Excluding payment obligations, each party will be excused from performing obligations contained in this Media Authorization while such performance is prevented by an act of God, fire, flood, earthquake, transportation disruption, war, insurrection, labor dispute, or any other occurrence beyond the reasonable control of that party.

## REPRESENTATIONS

Each Party represents and warrants that it shall adhere to the standard representations regarding the Foreign Corrupt Practices Act and similar laws, the European Union's General Data Protection Regulation, and requirements regarding the use of data, available at http://billups.com/standard-representations/ (altogether the "Standard Representations"), and acknowledges that a breach of any of the Standard Representations shall constitute a material breach of this Agreement. Each Party acknowledges that Billups in its discretion has the authority to modify the Standard Representations from time to time.

## OOH INDUSTRY STANDARD PRACTICES

(a) Five Day Posting Window (applies to all standard, posted OOH formats), There is an industry standard five business days to post a campaign, beginning on the start date of the program. This 5-day posting window is required to cover weather delays and market scheduling. All programs will receive the full contracted campaign. Should weather or other unforeseen delays force the posting beyond the 5-day window, Billups will advise Agency and/or Client and an agreed-upon make good will be arranged with the vendor. If artwork deadlines are not met for materials Billups produces, or if finished materials are late to market (client produced), this 5-day posting window may be adjusted accordingly. Please note that non-standard, specialty media formats may require a longer posting window. (b) Inventory/Space Holds. Unless otherwise arranged in advance, it is Billups' typically submits locations and plans without space holds. Once inventory is approved, space will be re-confirmed for the schedule and holds requested. While each program varies depending upon the length of space holds that can be requested, industry standard is 3 business days. If approved inventory is not available for the requested time-period, Billups will submit replacements of equal or greater value, or an alternate schedule for the approved locations, subject to approval by Agency and/or Client. (c) Placement of certain units in New York City is subject to the NYC Commercial rent tax, which is the responsibility of the end user. See (http://www1.nyc.gov/site/finance/taxes/business-commercial-rent-tax-crt.page) for information.

## GENERAL

(a) This Agreement will be governed by and construed in accordance with the laws of the State of Oregon, without reference to conflicts of law principles. Any and all disputes relating to this Agreement, or breach hereof shall be resolved in arbitration, except any action initiated by Billups to collect upon any overdue or outstanding invoices, or any other amount owed under this Agreement ("Collection Action"), which shall be litigated in any State or United States District Court in Oregon. For any arbitration, the parties agree to utilize the services of the Arbitration Service of Portland ("ASP") in Portland, Oregon, and shall arbitrate disputes according to the current rules of the ASP. For any Collection Action, the parties agree that the prevailing party shall be entitled to collect its reasonable attorneys' fees, expert fees, costs, and disbursements. For any dispute under this Agreement including any Collection Action the parties expressly consent to jurisdiction and venue in the State of Oregon. (b) If Client and Billups have signed a Service Agreement for the provision of OOH advertising Services, this Media Authorization is considered an addendum to the Service Agreement, specifying the type and scope of Services provided. In the event of any conflict between the terms of this Media Authorization and the Service Agreement, the Service Agreement will control. (c) If this Media Authorization is the only written agreement between Client and Billups, then the parties understand and agree that this Media Authorization contains the entire agreement between the parties relating to the provision of Services as specified. The parties further agree that the Client may execute multiple Media Authorizations, and all such Media

Exhibit D
Page 10 of 20

Initials: _____     W: 503.454.0714  |  F: 503.454.0716  |  340 Oswego Pointe Drive, Suite 101. Lake Oswego, OR 97034     10 of 11

 **Media Authorization**

Authorizations will remain in force until terminated pursuant to Section 5. Any amendment, modification, or waiver must be made in writing, signed by both parties, and making express reference to this Media Authorization, except that no consent shall be required if the stock or substantially all of the assets of a party are transferred (whether through a merger, sale or by operation of law), or for a transfer to an affiliate. (d) If any provision of this Media Authorization is held to be invalid, illegal or unenforceable, the remaining provisions of the Media Authorization will remain in full force and effect. (e) This Media Authorization may be executed in multiple parts, or executed digitally by submitting the completed form to Billups. (f) If the parties to this Media Authorization have entered into a separate SLA, this Media Authorization is hereby incorporated into, forms a part of, and is in all respects subject to the terms of the SLA, except that in the event of a conflict between this Media Authorization and the SLA this Media Authorization shall control. Unless expressly provided otherwise herein, capitalized terms have the meaning provided within the SLA. Unless modified herein, all terms in the SLA shall remain unchanged and in full force and effect.



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28100-P-001 |
| Invoice Date | 07/01/2019 |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$76,755.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Alameda, CA | Bar Media | NT | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | 07/08/2019 | 1.00 | 1 | $2,375.00 |
| Berkeley, CA | Bar Media | N/ | BAR MEDIA; 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 11 locations. | 07/08/2019 | 1.00 | 1 | $5,225.00 |
| Brisbane, CA | Bar Media | BAR MEDIA | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 1 locations. | 07/08/2019 | 1.00 | 1 | $475.00 |
| Cupertino, CA | Bar Media | BAR MEDIA | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 2 locations. | 07/08/2019 | 1.00 | 1 | $950.00 |
| Daly City, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | 07/08/2019 | 1.00 | 1 | $2,375.00 |
| Emeryville, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | 07/08/2019 | 1.00 | 1 | $1,425.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 28100

Exhibit D
Page 12 of 20
1 of 4

 **billups**

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28100-P-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$76,755.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Fremont, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 4 locations. | 07/08/2019 | 1.00 | 1 | $1,900.00 |
| Hayward, CA | Bar Media | BAR MEDIA | 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 8 locations. | 07/08/2019 | 1.00 | 1 | $3,800.00 |
| Oakland, CA | Bulletin | 1221 | Grand ES 153ft S/O Mandana F/N - 1 | 07/08/2019 | 1.00 | 1 | $840.00 |
| Oakland, CA | Bulletin | 1680 | Shattuck ES 5ft N/O 52nd St (Sm Ext) F/S - 1 | 07/08/2019 | 1.00 | 1 | $840.00 |
| Oakland, CA | Premiere Panel | 1684 | College ES 39ft N/O Taft F/S - 1 | 07/08/2019 | 1.00 | 1 | $360.00 |
| Oakland, CA | Poster | 1699 | Doolittle NS 0.3mi E/O 98th Av F/W - 1 | 07/08/2019 | 1.00 | 1 | $80.00 |
| Oakland, CA | Poster | 1973 | Market ES 90ft N/O 45th St F/N - 1 | 07/08/2019 | 1.00 | 1 | $80.00 |
| Oakland, CA | Poster | 2027 | San Leandro NS 300ft W/O High F/W - 1 | 07/08/2019 | 1.00 | 1 | $80.00 |
| Oakland, CA | Premiere Panel | 2109 | Shattuck WS 35ft S/O 65th St F/S - 1 | 07/08/2019 | 1.00 | 1 | $360.00 |
| Oakland, CA | Premiere Panel | 2181 | W Grand NS 158ft W/O Mandela Pkwy F/E - 1 | 07/08/2019 | 1.00 | 1 | $360.00 |

JOBID: 28100

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

Exhibit D
Page 13 of 20
2 of 4

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

Invoice #                28100-P-001
Invoice Date

**Advertiser:**
CaliChill

Customer PO #                N/A
Terms                        Net 30

| Balance Due | $76,755.00 USD |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Oakland, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 32 locations. | 07/08/2019 | 1.00 | 1 | $15,200.00 |
| Pacifica, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | 07/08/2019 | 1.00 | 1 | $1,425.00 |
| Redwood City, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 7 locations. | 07/08/2019 | 1.00 | 1 | $3,325.00 |
| San Francisco, CA | Poster | 1014 | Cesar Chavez SS 90ft E/O Indiana F/W - 1 | 07/08/2019 | 1.00 | 1 | $80.00 |
| San Francisco, CA | Poster | 1040 | Bayshore Blvd WS 400ft S/O Sunnydale F/S - 2 | 07/08/2019 | 1.00 | 1 | $80.00 |
| San Francisco, CA | Poster | 1159 | Folsom ES 10ft S/O 13th St F/N - 1 | 07/08/2019 | 1.00 | 1 | $80.00 |
| San Francisco, CA | Bulletin | 1422 | Bayshore Frwy (US 101) ES 300ft N/O Grand (No Ext) F/N - 2 | 07/08/2019 | 1.00 | 1 | $840.00 |
| San Francisco, CA | Window Display | In-Window | Window Poster Displays (July) Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | 07/01/2019 | 1.00 | 1 | $950.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 28100

Exhibit D
Page 14 of 20
3 of 4

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

**Advertiser:**
CaliChill

| | |
|---|---|
| Invoice # | 28100-P-001 |
| Invoice Date | |

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$76,755.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 43 locations. | 07/08/2019 | 1.00 | 1 | $20,425.00 |
| San Leandro, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | 07/08/2019 | 1.00 | 1 | $2,850.00 |
| San Mateo, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 15 locations. | 07/08/2019 | 1.00 | 1 | $7,125.00 |
| South San Francisco, CA | Bar Media | N/ | BAR MEDIA:2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | 07/08/2019 | 1.00 | 1 | $2,850.00 |

| **Balance Due** | **$76,755.00 USD** |
|---|---|

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 28100



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

**Advertiser:**
CaliChill

| | |
|---|---:|
| Invoice # | 28100-S-001 |
| Invoice Date | 07/01/2019 |
| | |
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$142,970.00 USD** |
|---|---:|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Alameda, CA | Bar Media | NT | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $800.00 |
| All Market(s), NA | Coffee Cup/Sleeves | Coffee Cup/Sleeves | OPTION A: Exclusive Café/ Coffee Shop Network - Alameda ,Berkeley, Brisbane, Cupertino, Daly City, Emeryville, Fremont, Hayward, Oakland, Pacifica, Redwood City, San Francisco, San Leandro, San Mateo, South San Francisco. Install included (163,050) | 07/01/2019 07/28/2019 | 1.00 | 1 | $41,670.00 |
| Berkeley, CA | Bar Media | N/ | BAR MEDIA; 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 11 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $1,760.00 |
| Brisbane, CA | Bar Media | BAR MEDIA | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 1 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $160.00 |
| Cupertino, CA | Bar Media | BAR MEDIA | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 2 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $320.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com
JOBID: 28100



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28100-S-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$142,970.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|--------|-------|--------|-------------|----------------|---------|-----|-----------|
| Daly City, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $800.00 |
| Emeryville, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $480.00 |
| Fremont, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 4 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $640.00 |
| Hayward, CA | Bar Media | BAR MEDIA | 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 8 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $1,280.00 |
| Oakland, CA | Bulletin | 1221 | Grand ES 153ft S/O Mandana F/N - 1 | 07/08/2019 08/04/2019 | 1.00 | 1 | $6,500.00 |
| Oakland, CA | Bulletin | 1680 | Shattuck ES 5ft N/O 52nd St (Sm Ext) F/S - 1 | 07/08/2019 08/04/2019 | 1.00 | 1 | $3,200.00 |
| Oakland, CA | Premiere Panel | 1684 | College ES 39ft N/O Taft F/S - 1 | 07/08/2019 08/04/2019 | 1.00 | 1 | $2,000.00 |
| Oakland, CA | Poster | 1699 | Doolittle NS 0.3mi E/O 98th Av F/W - 1 | 07/08/2019 08/04/2019 | 1.00 | 1 | $1,800.00 |
| Oakland, CA | Poster | 1973 | Market ES 90ft N/O 45th St F/N - 1 | 07/08/2019 08/04/2019 | 1.00 | 1 | $1,200.00 |

JOBID: 28100

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

Exhibit D
Page 17 of 20
2 of 5



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28100-S-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$142,970.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Oakland, CA | Poster | 2027 | San Leandro NS 300ft W/O High F/W - 1 | 07/08/2019 08/04/2019 | 1.00 | 1 | $1,800.00 |
| Oakland, CA | Premiere Panel | 2109 | Shattuck WS 35ft S/O 65th St F/S - 1 | 07/08/2019 08/04/2019 | 1.00 | 1 | $2,000.00 |
| Oakland, CA | Premiere Panel | 2181 | W Grand NS 158ft W/O Mandela Pkwy F/E - 1 | 07/08/2019 08/04/2019 | 1.00 | 1 | $1,400.00 |
| Oakland, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 32 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $5,120.00 |
| Pacifica, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $480.00 |
| Redwood City, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 7 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $1,120.00 |
| San Francisco, CA | Poster | 1014 | Cesar Chavez SS 90ft E/O Indiana F/W - 1 | 07/08/2019 08/04/2019 | 1.00 | 1 | $1,800.00 |
| San Francisco, CA | Poster | 1040 | Bayshore Blvd WS 400ft S/O Sunnydale F/S - 2 | 07/08/2019 08/04/2019 | 1.00 | 1 | $1,800.00 |
| San Francisco, CA | Poster | 1159 | Folsom ES 10ft S/O 13th St F/N - 1 | 07/08/2019 08/04/2019 | 1.00 | 1 | $1,800.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 28100

Exhibit D
Page 18 of 20
3 of 5



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28100-S-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$142,970.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Bulletin | 1422 | Bayshore Frwy (US 101) ES 300ft N/O Grand (No Ext) F/N - 2 | 07/08/2019 08/04/2019 | 1.00 | 1 | $12,500.00 |
| San Francisco, CA | Digital Bulletin | 6014 | Bayshore Frwy (US 101) WS 0.8 mi N/O San Francisco Airport F/N | 07/08/2019 08/04/2019 | 1.00 | 1 | $14,000.00 |
| San Francisco, CA | Digital Bulletin | 6015 | Bayshore Frwy (US 101) WS .8 mi N/O San Francisco Airport (I-380)(%) F/S -2 | 07/08/2019 08/04/2019 | 1.00 | 1 | $13,000.00 |
| San Francisco, CA | Window Display | In-Window | Window Poster Displays (July) Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | 07/01/2019 07/28/2019 | 1.00 | 1 | $12,340.00 |
| San Francisco, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 43 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $6,880.00 |
| San Leandro, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $960.00 |
| San Mateo, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 15 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $2,400.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com
JOBID: 28100

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

**Advertiser:**
CaliChill

| | |
|---|---|
| Invoice # | 28100-S-001 |
| Invoice Date | |

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$142,970.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| South San Francisco, CA | Bar Media | N/ | BAR MEDIA:2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | 07/08/2019 08/04/2019 | 1.00 | 1 | $960.00 |

| **Balance Due** | **$142,970.00 USD** |
|---|---|

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 28100

 billups

# Media Authorization

| | | | |
|---|---|---|---|
| **Client:**<br>ByProxie | **Client Media Contact(s):**<br>Paty Assad (paty@byproxie.com) | **Office:**<br>Portland | **Date:**<br>06.19.2019 |
| **Brand:**<br>CaliChill | **Billups Director(s):**<br>Benjamin Billups (br@billups.com)<br>Sam Ruiz (sam.ruiz@billups.com) | **ATB #:**<br>BW_BYPCAL_28285.19 | **Billing Terms:**<br>Net 30 |

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Alameda, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $800.00 | $800.00 |
| All Market(s), NA | Coffee Cup/Sleeves | | OPTION A: Exclusive Café/ Coffee Shop Network - Alameda ,Berkeley, Brisbane, Cupertino, Daly City, Emeryville, Fremont, Hayward, Oakland, Pacifica, Redwood City, San Francisco, San Leandro, San Mateo, South San Francisco. Install included (163,050) | | 08.01.2019 | 08.31.2019 | 1 | 1.00 | $41,670.00 | $41,670.00 |
| Berkeley, CA | Poster | | BAR MEDIA; 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 11 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $1,760.00 | $1,760.00 |
| Brisbane, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 1 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $160.00 | $160.00 |
| Cupertino, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 2 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $320.00 | $320.00 |

Exhibit E
Page 1 of 22



# Media Authorization

SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Daly City, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $800.00 | $800.00 |
| Emeryville, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $480.00 | $480.00 |
| Fremont, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 4 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $640.00 | $640.00 |
| Hayward, CA | Poster | N/A | 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 8 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $1,280.00 | $1,280.00 |
| Oakland, CA | Bulletin | 1221 | Grand ES 153ft S/O Mandana F/N - 1 | North | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $6,500.00 | $6,500.00 |
| Oakland, CA | Bulletin | 1680 | Shattuck ES 5ft N/O 52nd St (Sm Ext) F/S - 1 | South | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $3,200.00 | $3,200.00 |
| Oakland, CA | Premiere Panel | 1684 | College ES 39ft N/O Taft F/S - 1 | South | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $2,000.00 | $2,000.00 |
| Oakland, CA | Poster | 1699 | Doolittle NS 0.3mi E/O 98th Av F/W - 1 | West | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $1,800.00 | $1,800.00 |
| Oakland, CA | Poster | 1973 | Market ES 90ft N/O 45th St F/N - 1 | North | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $1,200.00 | $1,200.00 |
| Oakland, CA | Poster | 1991 | Park Blvd ES 20ft N/O 7th Av F/S - 1 | South | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $1,800.00 | $1,800.00 |
| Oakland, CA | Poster | 2027 | San Leandro NS 300ft W/O High F/W - 1 | West | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $1,800.00 | $1,800.00 |
| Oakland, CA | Premiere Panel | 2109 | Shattuck WS 35ft S/O 65th St F/S - 1 | North | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $2,000.00 | $2,000.00 |

Exhibit E
Page 2 of 22

 billups

# Media Authorization

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Oakland, CA | Premiere Panel | 2181 | W Grand NS 158ft W/O Mandela Pkwy F/E - 1 | East | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $1,400.00 | $1,400.00 |
| Oakland, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 32 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $5,120.00 | $5,120.00 |
| Pacifica, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $480.00 | $480.00 |
| Redwood City, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 7 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $1,120.00 | $1,120.00 |
| San Francisco, CA | In-Window | | Window Poster Displays (July) Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | | 07.29.2019 | 08.25.2019 | 1 | 1.00 | $12,340.00 | $12,340.00 |
| San Francisco, CA | Poster | 001159 | Folsom ES 10ft S/O 13th St F/N - 1 | North | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $1,800.00 | $1,800.00 |
| San Francisco, CA | Poster | 1040 | Bayshore Blvd WS 400ft S/O Sunnydale F/S - 2 | South | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $1,800.00 | $1,800.00 |
| San Francisco, CA | Bulletin | 1271 | Nimitz Frwy (I-880) ES 400ft S/O Whipple (%) F/N - 1 | North | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $18,000.00 | $18,000.00 |
| San Francisco, CA | Bulletin | 1422 | Bayshore Frwy (US 101) ES 300ft N/O Grand (No Ext) F/N - 2 | North | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $12,500.00 | $12,500.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | North | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $13,200.00 | $13,200.00 |
| San Francisco, CA | Digital Bulletin | 6015 | Bayshore Frwy (US 101) WS .8 mi N/O San Francisco Airport (I-380)(%) F/S -2 | South | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $13,000.00 | $13,000.00 |

 **billups**

# Media Authorization

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| San Francisco, CA | Poster | N/A | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 43 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $6,880.00 | $6,880.00 |
| San Francisco, CA | Wallscape | W3061O | Lombard E/O Webster % F/E | East | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $5,000.00 | $5,000.00 |
| San Leandro, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $960.00 | $960.00 |
| San Mateo, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 15 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $2,400.00 | $2,400.00 |
| South San Francisco, CA | Poster | | BAR MEDIA:2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | | 08.05.2019 | 09.01.2019 | 1 | 1.00 | $960.00 | $960.00 |

**Total Space:** **$165,170.00**

## INSTALL

| Market | Type | Unit # | Description | Post Date | Qty | Install Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | 08.05.2019 | 1 | $1,320.00 | $1,320.00 |
| San Francisco, CA | Wallscape | W3061O | Lombard E/O Webster % F/E | 08.05.2019 | 1 | $760.00 | $760.00 |

Exhibit E
Page 4 of 22

 **billups**

# Media Authorization

## INSTALL

| Market | Type | Unit # | Description | Post Date | Qty | Install Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-------------|-----------|
| | | | | | | **Total Install:** | **$2,080.00** |

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-----------------|-----------|
| Alameda, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | 08.05.2019 | 1 | $2,375.00 | $2,375.00 |
| Berkeley, CA | Poster | | BAR MEDIA; 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 11 locations. | 08.05.2019 | 1 | $5,225.00 | $5,225.00 |
| Brisbane, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 1 locations. | 08.05.2019 | 1 | $475.00 | $475.00 |
| Cupertino, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 2 locations. | 08.05.2019 | 1 | $950.00 | $950.00 |
| Daly City, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | 08.05.2019 | 1 | $2,375.00 | $2,375.00 |
| Emeryville, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | 08.05.2019 | 1 | $1,425.00 | $1,425.00 |
| Fremont, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 4 locations. | 08.05.2019 | 1 | $1,900.00 | $1,900.00 |

 billups

# Media Authorization

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-----------------|------------|
| Hayward, CA | Poster | | 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 8 locations. | 08.05.2019 | 1 | $3,800.00 | $3,800.00 |
| Oakland, CA | Bulletin | 1221 | Grand ES 153ft S/O Mandana F/N - 1 | 08.05.2019 | 1 | $840.00 | $840.00 |
| Oakland, CA | Bulletin | 1680 | Shattuck ES 5ft N/O 52nd St (Sm Ext) F/S - 1 | 08.05.2019 | 1 | $840.00 | $840.00 |
| Oakland, CA | Premiere Panel | 1684 | College ES 39ft N/O Taft F/S - 1 | 08.05.2019 | 1 | $360.00 | $360.00 |
| Oakland, CA | Poster | 1699 | Doolittle NS 0.3mi E/O 98th Av F/W - 1 | 08.05.2019 | 1 | $80.00 | $80.00 |
| Oakland, CA | Poster | 1973 | Market ES 90ft N/O 45th St F/N - 1 | 08.05.2019 | 1 | $80.00 | $80.00 |
| Oakland, CA | Poster | 1991 | Park Blvd ES 20ft N/O 7th Av F/S - 1 | 08.05.2019 | 1 | $80.00 | $80.00 |
| Oakland, CA | Poster | 2027 | San Leandro NS 300ft W/O High F/W - 1 | 08.05.2019 | 1 | $80.00 | $80.00 |
| Oakland, CA | Premiere Panel | 2109 | Shattuck WS 35ft S/O 65th St F/S - 1 | 08.05.2019 | 1 | $360.00 | $360.00 |
| Oakland, CA | Premiere Panel | 2181 | W Grand NS 158ft W/O Mandela Pkwy F/E - 1 | 08.05.2019 | 1 | $360.00 | $360.00 |
| Oakland, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 32 locations. | 08.05.2019 | 1 | $15,200.00 | $15,200.00 |
| Pacifica, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | 08.05.2019 | 1 | $1,425.00 | $1,425.00 |
| Redwood City, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 7 locations. | 08.05.2019 | 1 | $3,325.00 | $3,325.00 |

Exhibit E
Page 6 of 22



# Media Authorization

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-----------------|------------|
| San Francisco, CA | In-Window | | Window Poster Displays (July) Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | 07.29.2019 | 1 | $950.00 | $950.00 |
| San Francisco, CA | Poster | 001159 | Folsom ES 10ft S/O 13th St F/N - 1 | 08.05.2019 | 1 | $80.00 | $80.00 |
| San Francisco, CA | Poster | 1040 | Bayshore Blvd WS 400ft S/O Sunnydale F/S - 2 | 08.05.2019 | 1 | $80.00 | $80.00 |
| San Francisco, CA | Bulletin | 1271 | Nimitz Frwy (I-880) ES 400ft S/O Whipple (%) F/N - 1 | 08.05.2019 | 1 | $840.00 | $840.00 |
| San Francisco, CA | Bulletin | 1422 | Bayshore Frwy (US 101) ES 300ft N/O Grand (No Ext) F/N - 2 | 08.05.2019 | 1 | $840.00 | $840.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | 08.05.2019 | 1 | $855.00 | $855.00 |
| San Francisco, CA | Poster | N/A | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 43 locations. | 08.05.2019 | 1 | $20,425.00 | $20,425.00 |
| San Francisco, CA | Wallscape | W3061O | Lombard E/O Webster % F/E | 08.05.2019 | 1 | $567.00 | $567.00 |
| San Leandro, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | 08.05.2019 | 1 | $2,850.00 | $2,850.00 |
| San Mateo, CA | Poster | | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 15 locations. | 08.05.2019 | 1 | $7,125.00 | $7,125.00 |
| South San Francisco, CA | Poster | | BAR MEDIA:2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | 08.05.2019 | 1 | $2,850.00 | $2,850.00 |

**Total Production:** **$79,017.00**

Exhibit E
Page 7 of 22



# Media Authorization

| **Total Cost:** | **$246,267.00** |
| --- | --- |

 **billups**

# Media Authorization

Job Number: 28285

Signature: _Assad_____ Date: 06 / 24 / 2019

Print Name: ___Patricia Assad___ Title: _____

Authorized Representative: ByProxie

Signature: _Stephanie Calderwood____ Date: 6.26.19

Print Name: __Stephanie Calderwood___ Title: __Investment Manager__

Authorized Representative: Billups, Inc.

In accordance with the Business Terms & Conditions below (together referred to as "this Agreement"), please read this Agreement, then initial all pages and sign where required.

**BUSINESS TERMS & CONDITIONS**

**MEDIA AUTHORIZATION**

This agreement ("Agreement"), between the client specified above ("Client") and Billups, Inc. ("Billups") authorizes Billups to act as Client's agent in placing out of home advertising ("OOH") with owners and other applicable parties, entering into contracts and schedules for placement of OOH on behalf of Client, and directing the production and installation of advertising media (the "Services"). Client will be deemed to have approved placements whose costs are within budget limitations set by this Media Authorization. Client agrees to promptly provide all information necessary to establish credit terms with the OOH owner. In the event any OOH owner will not grant credit terms for Client, Billups will not be required to place media with such owner, unless Client pays for such placements in advance. Client will be solely responsible for all charges, expenses and costs arising out of all contracts and/or schedules with OOH owners. Client will be deemed to have approved production and/or installation of media as specified upon approval of a sample of the media being produced (a "Creative Proof"). Upon approval of the Creative Proof, Client will be solely responsible for all charges, expenses and costs arising out of the production and installation of media.

**PAYMENT TERMS**

Billups issues invoices on a monthly basis, covering the Services rendered in the previous calendar month. Payment is due within 45 days of the invoice date. The parties acknowledge that Client may be acting as agent to an advertising customer ("Advertiser"), and that if so, Advertiser shall guarantee Client's payment of all charges, expenses and costs arising out of all contracts and/or schedules with OOH owners. Client will promptly communicate any problem with Advertiser that may affect Client's ability to timely pay for Services. Billups may suspend Services due to nonpayment or repeated late payment. Billups may offset Client account credits, amounts already received from Client, or amounts due to Client, if any, against amounts due to Billups under this Media Authorization. Billups may, at its discretion, initiate collection efforts upon any overdue account. Client agrees to pay all reasonable attorney fees and costs incurred by Billups in any such collection action.

Exhibit E
Page 9 of 22



# Media Authorization

**CONFIDENTIALITY**

Proprietary information of the parties and communications between the parties that are not otherwise publicly available, including without limitation this Agreement, Media Authorizations, Client and Advertiser creative content and media plans, OOH owner locations, contracts and rates, and any performance data gathered on behalf of Client or an OOH owner, are "Confidential Information." Confidential Information does not include information that: (a) at the time of disclosure to the recipient, is in the public domain; (b) after disclosure to the recipient, becomes part of the public domain through no fault of the recipient; (c) the recipient can show by written documentation was lawfully in its possession at the time of disclosure and had not been acquired, directly or indirectly, from the discloser; (d) is later furnished or made known to the recipient by a third party as a matter of right and without restriction on disclosure; or (e) is required to be disclosed by court order or other legal process binding on the recipient, in which case the recipient shall promptly notify the discloser of such requirements so that it may take steps (with recipient's reasonable cooperation) to obtain a protective order. The parties agree that Confidential Information has significant strategic value and will only be used as intended under this Agreement. In particular, the unauthorized disclosure of rate information to third parties may cause the OOH owners to withdraw the rates. Each party shall exercise reasonable care in safeguarding Confidential Information. All restrictive covenants contained in this section are reasonable and necessary to protect the legitimate business interest of each party, and any losses arising from a party's breach of this section cannot reasonably and adequately be compensated by monetary damages and may cause the injured party irreparable harm; accordingly on the failure of either party to comply with the restrictive covenants in this section, the injured party will be entitled to seek injunctive or other equitable relief in addition to monetary damages. Notwithstanding the foregoing, Billups may identify Client as its customer, and use images, video, and other information about publicly placed Client and Advertiser content in promotional materials. This section will survive the termination of this Agreement for so long as either party retains Confidential Information of the other.

**CONSIDERATION**

Except as otherwise agreed to in writing in the form of a Service Level Agreement or Master Services Agreement ("SLA"), Billups' default pricing model for its services is dynamic. Please see our website at billups.com/services-pricing-plans or speak to a Billups representative for details. In connection with providing services, Billups may receive or be entitled to participate in receiving risk-based discounts, performance-based credits, or other benefits. Unless otherwise specified in writing, Client acknowledges that Billups is entitled to such benefits.

**TERMINATION**

This Media Authorization will remain in force until the last date of any media placement performed on behalf of Client. Once all placement schedules are complete, Billups will issue a final invoice for Services rendered. Upon receipt of payment for the final invoice, this Media Authorization will terminate. This Media Authorization is non-cancelable by Client. Client will remain fully responsible and liable for all charges, expenses and fees incurred or earned for contracted Services, except in the case that Client rejects a Creative Proof, in which case Client will not be responsible for production and installation costs that are not incurred. Rejection of a Creative Proof does not terminate this Agreement.

**INDEMNIFICATION**

(a) Billups will indemnify, defend and hold Client harmless from any and all claims, suits, actions, liabilities, expenses and costs relating to losses, claims, damages, liabilities, judgments, settlements or costs and expenses (including reasonable attorneys' fees) against Client, its employees, directors or affiliates, arising out of or in connection with Billups' material breach of this Agreement or the gross negligence or willful misconduct of Billups under this Agreement. (b) Client will indemnify, defend and hold Billups harmless from any and all claims, suits, actions, liabilities, expenses and costs (including attorneys' fees), brought, made or recovered by any person or entity against Billups, its employees, directors or affiliates (i) for payment in connection with contracts made or schedules placed on behalf of Client (regardless of any cancellations); (ii) involving or relating to the content of OOH advertisements, including without limitation charges of false advertising, libel, or infringement of third party rights; or (iii) otherwise arising out of or in connection with the Client's material breach of this Agreement. (c) Billups will endeavor to safeguard Client advertising materials in its possession, if any, but Billups will not

Exhibit E
Page 10 of 22

 **Media Authorization**

be responsible should materials be lost, damaged, or destroyed while in possession of Billups or a third party appointed by Billups, unless due to Billups' gross negligence. (d) IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, OR LOSS OF BUSINESS OPPORTUNITY, EVEN IF SUCH DAMAGES ARE FORESEEABLE AND WHETHER OR NOT EITHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY THEREOF. This section shall survive the termination of this Agreement.

**FORCE MAJEURE**

Excluding payment obligations, each party will be excused from performing obligations contained in this Media Authorization while such performance is prevented by an act of God, fire, flood, earthquake, transportation disruption, war, insurrection, labor dispute, or any other occurrence beyond the reasonable control of that party.

**REPRESENTATIONS**

Each Party represents and warrants that it shall adhere to the standard representations regarding the Foreign Corrupt Practices Act and similar laws, the European Union's General Data Protection Regulation, and requirements regarding the use of data, available at http://billups.com/standard-representations/ (altogether the "Standard Representations"), and acknowledges that a breach of any of the Standard Representations shall constitute a material breach of this Agreement. Each Party acknowledges that Billups in its discretion has the authority to modify the Standard Representations from time to time.

**OOH INDUSTRY STANDARD PRACTICES**

(a) Five Day Posting Window (applies to all standard, posted OOH formats), There is an industry standard five business days to post a campaign, beginning on the start date of the program. This 5-day posting window is required to cover weather delays and market scheduling. All programs will receive the full contracted campaign. Should weather or other unforeseen delays force the posting beyond the 5-day window, Billups will advise Agency and/or Client and an agreed-upon make good will be arranged with the vendor. If artwork deadlines are not met for materials Billups produces, or if finished materials are late to market (client produced), this 5-day posting window may be adjusted accordingly. Please note that non-standard, specialty media formats may require a longer posting window. (b) Inventory/Space Holds. Unless otherwise arranged in advance, it is Billups' typically submits locations and plans without space holds. Once inventory is approved, space will be re-confirmed for the schedule and holds requested. While each program varies depending upon the length of space holds that can be requested, industry standard is 3 business days. If approved inventory is not available for the requested time-period, Billups will submit replacements of equal or greater value, or an alternate schedule for the approved locations, subject to approval by Agency and/or Client. (c) Placement of certain units in New York City is subject to the NYC Commercial rent tax, which is the responsibility of the end user. See (http://www1.nyc.gov/site/finance/taxes/business-commercial-rent-tax-crt.page) for information.

**GENERAL**

(a) This Agreement will be governed by and construed in accordance with the laws of the State of Oregon, without reference to conflicts of law principles. Any and all disputes relating to this Agreement, or breach hereof shall be resolved in arbitration, except any action initiated by Billups to collect upon any overdue or outstanding invoices, or any other amount owed under this Agreement ("Collection Action"), which shall be litigated in any State or United States District Court in Oregon. For any arbitration, the parties agree to utilize the services of the Arbitration Service of Portland ("ASP") in Portland, Oregon, and shall arbitrate disputes according to the current rules of the ASP. For any Collection Action, the parties agree that the prevailing party shall be entitled to collect its reasonable attorneys' fees, expert fees, costs, and disbursements. For any dispute under this Agreement including any Collection Action the parties expressly consent to jurisdiction and venue in the State of Oregon. (b) If Client and Billups have signed a Service Agreement for the provision of OOH advertising Services, this Media Authorization is considered an addendum to the Service Agreement, specifying the type and scope of Services provided. In the event of any conflict between the terms of this Media Authorization and the Service Agreement, the Service Agreement will control. (c) If this Media Authorization is the only written agreement between Client and Billups, then the parties understand and agree that this Media Authorization contains the entire agreement between the parties relating to the provision of Services as specified. The parties further agree that the Client may execute multiple Media Authorizations, and all such Media

Exhibit E
Page 11 of 22

 **billups**

# Media Authorization

Authorizations will remain in force until terminated pursuant to Section 5. Any amendment, modification, or waiver must be made in writing, signed by both parties, and making express reference to this Media Authorization, except that no consent shall be required if the stock or substantially all of the assets of a party are transferred (whether through a merger, sale or by operation of law), or for a transfer to an affiliate. (d) If any provision of this Media Authorization is held to be invalid, illegal or unenforceable, the remaining provisions of the Media Authorization will remain in full force and effect. (e) This Media Authorization may be executed in multiple parts, or executed digitally by submitting the completed form to Billups. (f) If the parties to this Media Authorization have entered into a separate SLA, this Media Authorization is hereby incorporated into, forms a part of, and is in all respects subject to the terms of the SLA, except that in the event of a conflict between this Media Authorization and the SLA this Media Authorization shall control. Unless expressly provided otherwise herein, capitalized terms have the meaning provided within the SLA. Unless modified herein, all terms in the SLA shall remain unchanged and in full force and effect.

Exhibit E
Page 12 of 22

Initials: _____          W: 503.454.0714  |  F: 503.454.0716  |  340 Oswego Pointe Drive, Suite 101. Lake Oswego, OR 97034          12 of 12



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28285-P-001 |
| Invoice Date | 07/29/2019 |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$81,097.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Alameda, CA | Bar Media | NT | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | 08/05/2019 | 1.00 | 1 | $2,375.00 |
| Berkeley, CA | Bar Media | N/ | BAR MEDIA; 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 11 locations. | 08/05/2019 | 1.00 | 1 | $5,225.00 |
| Brisbane, CA | Bar Media | BAR MEDIA | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 1 locations. | 08/05/2019 | 1.00 | 1 | $475.00 |
| Cupertino, CA | Bar Media | BAR MEDIA | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 2 locations. | 08/05/2019 | 1.00 | 1 | $950.00 |
| Daly City, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | 08/05/2019 | 1.00 | 1 | $2,375.00 |
| Emeryville, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | 08/05/2019 | 1.00 | 1 | $1,425.00 |

JOBID: 28285

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28285-P-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$81,097.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Fremont, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 4 locations. | 08/05/2019 | 1.00 | 1 | $1,900.00 |
| Hayward, CA | Bar Media | BAR MEDIA | 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 8 locations. | 08/05/2019 | 1.00 | 1 | $3,800.00 |
| Oakland, CA | Bulletin | 1221 | Grand ES 153ft S/O Mandana F/N - 1 | 08/05/2019 | 1.00 | 1 | $840.00 |
| Oakland, CA | Bulletin | 1680 | Shattuck ES 5ft N/O 52nd St (Sm Ext) F/S - 1 | 08/05/2019 | 1.00 | 1 | $840.00 |
| Oakland, CA | Premiere Panel | 1684 | College ES 39ft N/O Taft F/S - 1 | 08/05/2019 | 1.00 | 1 | $360.00 |
| Oakland, CA | Poster | 1699 | Doolittle NS 0.3mi E/O 98th Av F/W - 1 | 08/05/2019 | 1.00 | 1 | $80.00 |
| Oakland, CA | Poster | 1973 | Market ES 90ft N/O 45th St F/N - 1 | 08/05/2019 | 1.00 | 1 | $80.00 |
| Oakland, CA | Poster | 1991 | Park Blvd ES 20ft N/O 7th Av F/S - 1 | 08/05/2019 | 1.00 | 1 | $80.00 |
| Oakland, CA | Poster | 2027 | San Leandro NS 300ft W/O High F/W - 1 | 08/05/2019 | 1.00 | 1 | $80.00 |
| Oakland, CA | Premiere Panel | 2109 | Shattuck WS 35ft S/O 65th St F/S - 1 | 08/05/2019 | 1.00 | 1 | $360.00 |
| Oakland, CA | Premiere Panel | 2181 | W Grand NS 158ft W/O Mandela Pkwy F/E - 1 | 08/05/2019 | 1.00 | 1 | $360.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 28285

Exhibit E
Page 14 of 22
2 of 5

 **billups**

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

Invoice #                                28285-P-001
Invoice Date

**Advertiser:**
CaliChill

Customer PO #                            N/A
Terms                                    Net 30

| Balance Due | $81,097.00 USD |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Oakland, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 32 locations. | 08/05/2019 | 1.00 | 1 | $15,200.00 |
| Pacifica, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | 08/05/2019 | 1.00 | 1 | $1,425.00 |
| Redwood City, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 7 locations. | 08/05/2019 | 1.00 | 1 | $3,325.00 |
| San Francisco, CA | Poster | 1040 | Bayshore Blvd WS 400ft S/O Sunnydale F/S - 2 | 08/05/2019 | 1.00 | 1 | $80.00 |
| San Francisco, CA | Poster | 1159 | Folsom ES 10ft S/O 13th St F/N - 1 | 08/05/2019 | 1.00 | 1 | $80.00 |
| San Francisco, CA | Bulletin | 1271 | Nimitz Frwy (I-880) ES 400ft S/O Whipple (%) F/N - 1 | 08/05/2019 | 1.00 | 1 | $840.00 |
| San Francisco, CA | Bulletin | 1422 | Bayshore Frwy (US 101) ES 300ft N/O Grand (No Ext) F/N - 2 | 08/05/2019 | 1.00 | 1 | $840.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | 08/05/2019 | 1.00 | 1 | $855.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111: Install | 08/05/2019 | 1.00 | 1 | $1,320.00 |

JOBID: 28285

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

Exhibit E
Page 15 of 22
3 of 5

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28285-P-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$81,097.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Window Display | In-Window | Window Poster Displays (July) Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | 07/29/2019 | 1.00 | 1 | $950.00 |
| San Francisco, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 43 locations. | 08/05/2019 | 1.00 | 1 | $20,425.00 |
| San Francisco, CA | Wallscape | W3061O | Lombard E/O Webster F/E | 08/05/2019 | 1.00 | 1 | $567.00 |
| San Francisco, CA | Wallscape | W3061O | Lombard E/O Webster F/E: Install | 08/05/2019 | 1.00 | 1 | $760.00 |
| San Leandro, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | 08/05/2019 | 1.00 | 1 | $2,850.00 |
| San Mateo, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 15 locations. | 08/05/2019 | 1.00 | 1 | $7,125.00 |
| South San Francisco, CA | Bar Media | N/ | BAR MEDIA:2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | 08/05/2019 | 1.00 | 1 | $2,850.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 28285

 **billups**

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

**Advertiser:**
CaliChill

| | |
|---|---|
| Invoice # | 28285-P-001 |
| Invoice Date | |

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$81,097.00 USD** |
|---|---|

| **Balance Due** | **$81,097.00 USD** |
|---|---|

JOBID: 28285

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

Exhibit E
Page 17 of 22
5 of 5



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28285-S-001 |
| Invoice Date | 07/29/2019 |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$165,170.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Alameda, CA | Bar Media | NT | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $800.00 |
| All Market(s), NA | Coffee Cup/Sleeves | N/A | OPTION A: Exclusive Café/ Coffee Shop Network - Alameda ,Berkeley, Brisbane, Cupertino, Daly City, Emeryville, Fremont, Hayward, Oakland, Pacifica, Redwood City, San Francisco, San Leandro, San Mateo, | 08/01/2019 08/28/2019 | 1.00 | 1 | $41,670.00 |
| Berkeley, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 11 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $1,760.00 |
| Brisbane, CA | Bar Media | BAR MEDIA | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 1 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $160.00 |
| Cupertino, CA | Bar Media | BAR MEDIA | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 2 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $320.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 28285



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28285-S-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$165,170.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Daly City, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 5 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $800.00 |
| Emeryville, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $480.00 |
| Fremont, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 4 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $640.00 |
| Hayward, CA | Bar Media | BAR MEDIA | 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 8 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $1,280.00 |
| Oakland, CA | Bulletin | 1221 | Grand ES 153ft S/O Mandana F/N - 1 | 08/05/2019 09/01/2019 | 1.00 | 1 | $6,500.00 |
| Oakland, CA | Bulletin | 1680 | Shattuck ES 5ft N/O 52nd St (Sm Ext) F/S - 1 | 08/05/2019 09/01/2019 | 1.00 | 1 | $3,200.00 |
| Oakland, CA | Premiere Panel | 1684 | College ES 39ft N/O Taft F/S - 1 | 08/05/2019 09/01/2019 | 1.00 | 1 | $2,000.00 |
| Oakland, CA | Poster | 1699 | Doolittle NS 0.3mi E/O 98th Av F/W - 1 | 08/05/2019 09/01/2019 | 1.00 | 1 | $1,800.00 |
| Oakland, CA | Poster | 1973 | Market ES 90ft N/O 45th St F/N - 1 | 08/05/2019 09/01/2019 | 1.00 | 1 | $1,200.00 |

JOBID: 28285

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

Exhibit E
Page 19 of 22
2 of 5



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28285-S-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$165,170.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Oakland, CA | Poster | 1991 | Park Blvd ES 20ft N/O 7th Av F/S - 1 | 08/05/2019 09/01/2019 | 1.00 | 1 | $1,800.00 |
| Oakland, CA | Poster | 2027 | San Leandro NS 300ft W/O High F/W - 1 | 08/05/2019 09/01/2019 | 1.00 | 1 | $1,800.00 |
| Oakland, CA | Premiere Panel | 2109 | Shattuck WS 35ft S/O 65th St F/S - 1 | 08/05/2019 09/01/2019 | 1.00 | 1 | $2,000.00 |
| Oakland, CA | Premiere Panel | 2181 | W Grand NS 158ft W/O Mandela Pkwy F/E - 1 | 08/05/2019 09/01/2019 | 1.00 | 1 | $1,400.00 |
| Oakland, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 32 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $5,120.00 |
| Pacifica, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 3 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $480.00 |
| Redwood City, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 7 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $1,120.00 |
| San Francisco, CA | Poster | 1040 | Bayshore Blvd WS 400ft S/O Sunnydale F/S - 2 | 08/05/2019 09/01/2019 | 1.00 | 1 | $1,800.00 |
| San Francisco, CA | Poster | 1159 | Folsom ES 10ft S/O 13th St F/N - 1 | 08/05/2019 09/01/2019 | 1.00 | 1 | $1,800.00 |
| San Francisco, CA | Bulletin | 1271 | Nimitz Frwy (I-880) ES 400ft S/O Whipple (%) F/N - 1 | 08/05/2019 09/01/2019 | 1.00 | 1 | $18,000.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 28285



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28285-S-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$165,170.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| San Francisco, CA | Bulletin | 1422 | Bayshore Frwy (US 101) ES 300ft N/O Grand (No Ext) F/N - 2 | 08/05/2019 09/01/2019 | 1.00 | 1 | $12,500.00 |
| San Francisco, CA | Wallscape | 324 | 633 Battery Street, SF 94111 | 08/05/2019 09/01/2019 | 1.00 | 1 | $13,200.00 |
| San Francisco, CA | Digital Bulletin | 6015 | Bayshore Frwy (US 101) WS .8 mi N/O San Francisco Airport (I-380)(%) F/S -2 | 08/05/2019 09/01/2019 | 1.00 | 1 | $13,000.00 |
| San Francisco, CA | Window Display | In-Window | Window Poster Displays (July) Street visible locations in front of establishments, on doors, windows & in vestibules (75 units) | 07/29/2019 08/25/2019 | 1.00 | 1 | $12,340.00 |
| San Francisco, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 43 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $6,880.00 |
| San Francisco, CA | Wallscape | W3061O | Lombard E/O Webster F/E | 08/05/2019 09/01/2019 | 1.00 | 1 | $5,000.00 |
| San Leandro, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $960.00 |
| San Mateo, CA | Bar Media | N/ | BAR MEDIA: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 15 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $2,400.00 |

JOBID: 28285

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

Exhibit E
Page 21 of 22
4 of 5

 **billups**

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

**Advertiser:**
CaliChill

| | |
|---|---|
| Invoice # | 28285-S-001 |
| Invoice Date | |

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$165,170.00 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| South San Francisco, CA | Bar Media | N/ | BAR MEDIA:2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 6 locations. | 08/05/2019 09/01/2019 | 1.00 | 1 | $960.00 |

| **Balance Due** | **$165,170.00 USD** |
|---|---|

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 28285

Exhibit E
Page 22 of 22
5 of 5

 billups

# Media Authorization

| | | | |
|---|---|---|---|
| **Client:**<br>ByProxie | **Client Media Contact(s):**<br>Paty Assad (paty@byproxie.com) | **Office:**<br>Portland | **Date:**<br>09.05.2019 |
| **Brand:**<br>CaliChill | **Billups Director(s):**<br>Benjamin Billups (br@billups.com)<br>Sam Ruiz (sam.ruiz@billups.com) | **ATB #:**<br>BW_BYPCAL_28681.19 | **Billing Terms:**<br>Net 30 |

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles, CA | Bulletin | 1113 | Melrose Ave. e/o La Brea Ave | West | 09.02.2019 | 09.29.2019 | 1 | 1.00 | $10,450.00 | $10,450.00 |
| Los Angeles, CA | Storefront | N/A | 7024 Hollywood Blvd. | North | 09.02.2019 | 09.29.2019 | 1 | 1.00 | $38,500.00 | $38,500.00 |
| Los Angeles, CA | Bulletin | LA-015 | N/S Sunset Blvd W/O N. Alvarado St | | 09.02.2019 | 09.29.2019 | 1 | 1.00 | $27,500.00 | $27,500.00 |
| Los Angeles, CA | Barricade | LA.B137 | 4th St - Arts District Barricade | | 09.02.2019 | 09.15.2019 | 1 | 0.50 | $33,000.00 | $16,500.00 |
| Los Angeles, CA | Premiere Panel | 1985 | Wilshire SS 130ft W/O San Diego Wy F/E - 1 | East | 09.16.2019 | 09.29.2019 | 1 | 0.50 | $3,800.00 | $1,900.00 |
| Los Angeles, CA | Standees /Danglers | N/A | Targeting Depot - 15 Fitness Centers (1) Standee per location | N/A | 09.16.2019 | 10.13.2019 | 15 | 1.00 | $450.00 | $6,750.00 |
| Los Angeles, CA | Bar Media | N/A | Around the Depot: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 68 locations. | | 09.16.2019 | 10.13.2019 | 1 | 1.00 | $9,920.00 | $9,920.00 |
| Los Angeles, CA | Coffee Cup/Sleeves | N/A | Cafés & Coffee Shop Network, "Around the Depot Targeted Zips" 156,000 Sleeves spread over 4 months - 40,000 Sleeves per month (20 - 25 venues per month) | | 09.16.2019 | 10.13.2019 | 1 | 1.00 | $11,154.00 | $11,154.00 |

Exhibit F
Page 1 of 11

 billups

# Media Authorization

## SPACE

| Market | Type | Unit # | Description | Facing | Start Date | End Date | Qty | Period | Unit Cost | Total Cost |
|--------|------|--------|-------------|--------|-----------|----------|-----|--------|-----------|-----------|
| Los Angeles, CA | Wild Postings | N/A | (300) Units installed per 2-week period. | | 09.16.2019 | 10.13.2019 | 1 | 2.00 | $9,900.00 | $19,800.00 |
| Los Angeles, CA | Window Display | N/A | Street visible locations in front of establishments, on doors, windows & in vestibules, targeting "Depot" - 25 Units | | 09.16.2019 | 10.13.2019 | 1 | 1.00 | $16,450.00 | $16,450.00 |

**Total Space: $158,924.00**

## INSTALL

| Market | Type | Unit # | Description | Post Date | Qty | Install Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|-------------|-----------|
| Los Angeles, CA | Storefront | N/A | 7024 Hollywood Blvd. | 09.02.2019 | 1 | $11,935.00 | $11,935.00 |
| Los Angeles, CA | Wild Postings | N/A | (300) Units installed per 2-week period. | 09.16.2019 | 2 | $6,050.00 | $12,100.00 |

**Total Install: $24,035.00**

## PRODUCTION

| Market | Type | Unit # | Description | Post Date | Qty | Production Cost | Total Cost |
|--------|------|--------|-------------|-----------|-----|----------------|-----------|
| Los Angeles, CA | Bulletin | 1113 | Melrose Ave. e/o La Brea Ave | 09.02.2019 | 1 | $100.00 | $100.00 |

Exhibit F
Page 2 of 11

 billups

# Media Authorization

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Los Angeles, CA | Bulletin | LA-015 | N/S Sunset Blvd W/O N. Alvarado St | 09.02.2019 | 1 | $600.00 | $600.00 |
| Los Angeles, CA | Barricade | LA.B137 | 4th St - Arts District Barricade | 09.02.2019 | 1 | $5,600.00 | $5,600.00 |
| Los Angeles, CA | Premiere Panel | 1985 | Wilshire SS 130ft W/O San Diego Wy F/E - 1 | 09.16.2019 | 1 | $406.25 | $406.25 |
| Los Angeles, CA | Standees/ Danglers | N/A | Targeting Depot - 15 Fitness Centers (1) Standee per location | 09.16.2019 | 15 | $125.00 | $1,875.00 |
| Los Angeles, CA | Bar Media | N/A | Around the Depot: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 68 locations. | 09.16.2019 | 1 | $32,300.00 | $32,300.00 |
| Los Angeles, CA | Coffee Cup/Sleev es | N/A | Cafés & Coffee Shop Network, "Around the Depot Targeted Zips" 156,000 Sleeves spread over 4 months - 40,000 Sleeves per month (20 - 25 venues per month) | 09.16.2019 | 1 | $1,650.00 | $1,650.00 |
| Los Angeles, CA | Wild Postings | N/A | (300) Units installed per 2-week period. | 09.16.2019 | 2 | $3,025.00 | $6,050.00 |
| Los Angeles, CA | Window Display | N/A | Street visible locations in front of establishments, on doors, windows & in vestibules, targeting "Depot" - 25 Units | 09.16.2019 | 1 | $2,250.00 | $2,250.00 |

**Total Production:**  **$50,831.25**

**Total Cost:**  **$233,790.25**

Exhibit F
Page 3 of 11

 **billups**

# Media Authorization

Job Number: 28681

Signature: _____  Date: __09/05/2019__

Print Name: __Zoe Fields__  Title: __CEO, Founder__

Authorized Representative: ByProxie

Signature: _____  Date: __9.17.19__

Print Name: __Stephanie Calderwood__  Title: __Investment Manager__

Authorized Representative: Billups, Inc.

In accordance with the Business Terms & Conditions below (together referred to as "this Agreement"), please read this Agreement, then initial all pages and sign where required.

**BUSINESS TERMS & CONDITIONS**

**MEDIA AUTHORIZATION**

This agreement ("Agreement"), between the client specified above ("Client") and Billups, Inc. ("Billups") authorizes Billups to act as Client's agent in placing out of home advertising ("OOH") with owners and other applicable parties, entering into contracts and schedules for placement of OOH on behalf of Client, and directing the production and installation of advertising media (the "Services"). Client will be deemed to have approved placements whose costs are within budget limitations set by this Media Authorization. Client agrees to promptly provide all information necessary to establish credit terms with the OOH owner. In the event any OOH owner will not grant credit terms for Client, Billups will not be required to place media with such owner, unless Client pays for such placements in advance. Client will be solely responsible for all charges, expenses and costs arising out of all contracts and/or schedules with OOH owners. Client will be deemed to have approved production and/or installation of media as specified upon approval of a sample of the media being produced (a "Creative Proof"). Upon approval of the Creative Proof, Client will be solely responsible for all charges, expenses and costs arising out of the production and installation of media.

**PAYMENT TERMS**

Billups issues invoices on a monthly basis, covering the Services rendered in the previous calendar month. Payment is due within 45 days of the invoice date. The parties acknowledge that Client may be acting as agent to an advertising customer ("Advertiser"), and that if so, Advertiser shall guarantee Client's payment of all charges, expenses and costs arising out of all contracts and/or schedules with OOH owners. Client will promptly communicate any problem with Advertiser that may affect Client's ability to timely pay for Services. Billups may suspend Services due to nonpayment or repeated late payment. Billups may offset Client account credits, amounts already received from Client, or amounts due to Client, if any, against amounts due to Billups under this Media Authorization. Billups may, at its discretion, initiate collection efforts upon any overdue account. Client agrees to pay all reasonable attorney fees and costs incurred by Billups in any such collection action.

Exhibit F
Page 4 of 11

 **billups**

# Media Authorization

**CONFIDENTIALITY**

Proprietary information of the parties and communications between the parties that are not otherwise publicly available, including without limitation this Agreement, Media Authorizations, Client and Advertiser creative content and media plans, OOH owner locations, contracts and rates, and any performance data gathered on behalf of Client or an OOH owner, are "Confidential Information." Confidential Information does not include information that: (a) at the time of disclosure to the recipient, is in the public domain; (b) after disclosure to the recipient, becomes part of the public domain through no fault of the recipient; (c) the recipient can show by written documentation was lawfully in its possession at the time of disclosure and had not been acquired, directly or indirectly, from the discloser; (d) is later furnished or made known to the recipient by a third party as a matter of right and without restriction on disclosure; or (e) is required to be disclosed by court order or other legal process binding on the recipient, in which case the recipient shall promptly notify the discloser of such requirements so that it may take steps (with recipient's reasonable cooperation) to obtain a protective order. The parties agree that Confidential Information has significant strategic value and will only be used as intended under this Agreement. In particular, the unauthorized disclosure of rate information to third parties may cause the OOH owners to withdraw the rates. Each party shall exercise reasonable care in safeguarding Confidential Information. All restrictive covenants contained in this section are reasonable and necessary to protect the legitimate business interest of each party, and any losses arising from a party's breach of this section cannot reasonably and adequately be compensated by monetary damages and may cause the injured party irreparable harm; accordingly on the failure of either party to comply with the restrictive covenants in this section, the injured party will be entitled to seek injunctive or other equitable relief in addition to monetary damages. Notwithstanding the foregoing, Billups may identify Client as its customer, and use images, video, and other information about publicly placed Client and Advertiser content in promotional materials. This section will survive the termination of this Agreement for so long as either party retains Confidential Information of the other.

**CONSIDERATION**

Except as otherwise agreed to in writing in the form of a Service Level Agreement or Master Services Agreement ("SLA"), Billups' default pricing model for its services is dynamic. Please see our website at billups.com/pricing or speak to a Billups representative for details. In connection with providing services, Billups may receive or be entitled to participate in receiving risk-based discounts, performance-based credits, or other benefits. Unless otherwise specified in writing, Client acknowledges that Billups is entitled to such benefits.

**TERMINATION**

This Media Authorization will remain in force until the last date of any media placement performed on behalf of Client. Once all placement schedules are complete, Billups will issue a final invoice for Services rendered. Upon receipt of payment for the final invoice, this Media Authorization will terminate. This Media Authorization is non-cancelable by Client. Client will remain fully responsible and liable for all charges, expenses and fees incurred or earned for contracted Services, except in the case that Client rejects a Creative Proof, in which case Client will not be responsible for production and installation costs that are not incurred. Rejection of a Creative Proof does not terminate this Agreement.

**INDEMNIFICATION**

(a) Billups will indemnify, defend and hold Client harmless from any and all claims, suits, actions, liabilities, expenses and costs relating to losses, claims, damages, liabilities, judgments, settlements or costs and expenses (including reasonable attorneys' fees) against Client, its employees, directors or affiliates, arising out of or in connection with Billups' material breach of this Agreement or the gross negligence or willful misconduct of Billups under this Agreement. (b) Client will indemnify, defend and hold Billups harmless from any and all claims, suits, actions, liabilities, expenses and costs (including attorneys' fees), brought, made or recovered by any person or entity against Billups, its employees, directors or affiliates (i) for payment in connection with contracts made or schedules placed on behalf of Client (regardless of any cancellations); (ii) involving or relating to the content of OOH advertisements, including without limitation charges of false advertising, libel, or infringement of third party rights; or (iii) otherwise arising out of or in connection with the Client's material breach of this Agreement. (c) Billups will endeavor to safeguard Client advertising materials in its possession, if any, but Billups will not

Exhibit F
Page 5 of 11

 billups

# Media Authorization

be responsible should materials be lost, damaged, or destroyed while in possession of Billups or a third party appointed by Billups, unless due to Billups' gross negligence. (d) IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, OR LOSS OF BUSINESS OPPORTUNITY, EVEN IF SUCH DAMAGES ARE FORESEEABLE AND WHETHER OR NOT EITHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY THEREOF. This section shall survive the termination of this Agreement.

## FORCE MAJEURE

Excluding payment obligations, each party will be excused from performing obligations contained in this Media Authorization while such performance is prevented by an act of God, fire, flood, earthquake, transportation disruption, war, insurrection, labor dispute, or any other occurrence beyond the reasonable control of that party.

## REPRESENTATIONS

Each Party represents and warrants that it shall adhere to the standard representations regarding the Foreign Corrupt Practices Act and similar laws, the European Union's General Data Protection Regulation, and requirements regarding the use of data, available at http://billups.com/standard-representations/ (altogether the "Standard Representations"), and acknowledges that a breach of any of the Standard Representations shall constitute a material breach of this Agreement. Each Party acknowledges that Billups in its discretion has the authority to modify the Standard Representations from time to time.

## OOH INDUSTRY STANDARD PRACTICES

(a) Five Day Posting Window (applies to all standard, posted OOH formats), There is an industry standard five business days to post a campaign, beginning on the start date of the program. This 5-day posting window is required to cover weather delays and market scheduling. All programs will receive the full contracted campaign. Should weather or other unforeseen delays force the posting beyond the 5-day window, Billups will advise Agency and/or Client and an agreed-upon make good will be arranged with the vendor. If artwork deadlines are not met for materials Billups produces, or if finished materials are late to market (client produced), this 5-day posting window may be adjusted accordingly. Please note that non-standard, specialty media formats may require a longer posting window. (b) Inventory/Space Holds. Unless otherwise arranged in advance, it is Billups' typically submits locations and plans without space holds. Once inventory is approved, space will be re-confirmed for the schedule and holds requested. While each program varies depending upon the length of space holds that can be requested, industry standard is 3 business days. If approved inventory is not available for the requested time-period, Billups will submit replacements of equal or greater value, or an alternate schedule for the approved locations, subject to approval by Agency and/or Client. (c) Placement of certain units in New York City is subject to the NYC Commercial rent tax, which is the responsibility of the end user. See (http://www1.nyc.gov/site/finance/taxes/business-commercial-rent-tax-crt.page) for information.

## GENERAL

(a) This Agreement will be governed by and construed in accordance with the laws of the State of Oregon, without reference to conflicts of law principles. Any and all disputes relating to this Agreement, or breach hereof shall be resolved in arbitration, except any action initiated by Billups to collect upon any overdue or outstanding invoices, or any other amount owed under this Agreement ("Collection Action"), which shall be litigated in any State or United States District Court in Oregon. For any arbitration, the parties agree to utilize the services of the Arbitration Service of Portland ("ASP") in Portland, Oregon, and shall arbitrate disputes according to the current rules of the ASP. For any Collection Action, the parties agree that the prevailing party shall be entitled to collect its reasonable attorneys' fees, expert fees, costs, and disbursements. For any dispute under this Agreement including any Collection Action the parties expressly consent to jurisdiction and venue in the State of Oregon. (b) If Client and Billups have signed a Service Agreement for the provision of OOH advertising Services, this Media Authorization is considered an addendum to the Service Agreement, specifying the type and scope of Services provided. In the event of any conflict between the terms of this Media Authorization and the Service Agreement, the Service Agreement will control. (c) If this Media Authorization is the only written agreement between Client and Billups, then the parties understand and agree that this Media Authorization contains the entire agreement between the parties relating to the provision of Services as specified. The parties further agree that the Client may execute multiple Media Authorizations, and all such Media

Exhibit F
Page 6 of 11

 **Media Authorization**

Authorizations will remain in force until terminated pursuant to Section 5. Any amendment, modification, or waiver must be made in writing, signed by both parties, and making express reference to this Media Authorization, except that no consent shall be required if the stock or substantially all of the assets of a party are transferred (whether through a merger, sale or by operation of law), or for a transfer to an affiliate. (d) If any provision of this Media Authorization is held to be invalid, illegal or unenforceable, the remaining provisions of the Media Authorization will remain in full force and effect. (e) This Media Authorization may be executed in multiple parts, or executed digitally by submitting the completed form to Billups. (f) If the parties to this Media Authorization have entered into a separate SLA, this Media Authorization is hereby incorporated into, forms a part of, and is in all respects subject to the terms of the SLA, except that in the event of a conflict between this Media Authorization and the SLA this Media Authorization shall control. Unless expressly provided otherwise herein, capitalized terms have the meaning provided within the SLA. Unless modified herein, all terms in the SLA shall remain unchanged and in full force and effect.

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28681-P-001 |
| Invoice Date | 09/02/2019 |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$74,866.25 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Los Angeles, CA | Bulletin | 1113 | Melrose Ave. e/o La Brea Ave | 09/02/2019 | 1.00 | 1 | $100.00 |
| Los Angeles, CA | Premiere Panel | 1985 | Wilshire SS 130ft W/O San Diego Wy F/E - 1 | 09/16/2019 | 1.00 | 1 | $406.25 |
| Los Angeles, CA | Storefront | 7024 Hollywood Blvd. | 7024 Hollywood Blvd.: Install | 09/02/2019 | 1.00 | 1 | $11,935.00 |
| Los Angeles, CA | Standees/ Danglers | N/A | Targeting Depot - 15 Fitness Centers (1) Standee per location | 09/02/2019 | 1.00 | 15 | $1,875.00 |
| Los Angeles, CA | Bar Media | BAR MEDIA | Around the Depot: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 68 locations. | 09/02/2019 | 1.00 | 1 | $32,300.00 |
| Los Angeles, CA | Coffee Cup/Sleeves | Coffee Sleeves Depot | "Cafés & Coffee Shop Network, ""Around the Depot Targeted Zips"" 156,000 Sleeves spread over 4 months - 40,000 Sleeves per month (20 - 25 venues per month)" | 09/09/2019 | 1.00 | 1 | $1,650.00 |
| Los Angeles, CA | Wild Postings | gs -... | (300) Units installed per 2-week period. | 09/02/2019 | 1.00 | 2 | $6,050.00 |
| Los Angeles, CA | Wild Postings | gs -... | (300) Units installed per 2-week period.: Install | 09/02/2019 | 1.00 | 2 | $12,100.00 |
| Los Angeles, CA | Bulletin | LA-015 | N/S Sunset Blvd W/O N. Alvarado St | 09/02/2019 | 1.00 | 1 | $600.00 |
| Los Angeles, CA | Barricade | LA.B137 | 4th St - Arts District Barricade | 09/02/2019 | 1.00 | 1 | $5,600.00 |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

Exhibit F
Page 8 of 11
1 of 2

JOBID: 28681

 billups

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

**Advertiser:**
CaliChill

| Invoice # | 28681-P-001 |
| Invoice Date | |

| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$74,866.25 USD** |

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|--------|-------|--------|-------------|----------------|---------|-----|------------|
| Los Angeles, CA | Window Display | s Dep... | Street visible locations in front of establishments, on doors, windows & in vestibules, targeting | 09/09/2019 | 1.00 | 1 | $2,250.00 |

| **Balance Due** | **$74,866.25 USD** |

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

JOBID: 28681

Exhibit F
Page 9 of 11
2 of 2



# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28681-S-001 |
| Invoice Date | 09/02/2019 |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$154,100.88 USD** |
|---|---|

| Market | Media | Unit # | Description | Billing Period | Periods | Qty | Total Cost |
|---|---|---|---|---|---|---|---|
| Los Angeles, CA | Bulletin | 1113 | Melrose Ave. e/o La Brea Ave | 09/02/2019 09/29/2019 | 1.00 | 1 | $10,450.00 |
| Los Angeles, CA | Premiere Panel | 1985 | Wilshire SS 130ft W/O San Diego Wy F/E - 1 | 09/16/2019 10/13/2019 | 0.50 | 1 | $1,900.00 |
| Los Angeles, CA | Storefront | 7024 Hollywood Blvd. | 7024 Hollywood Blvd. | 09/02/2019 09/29/2019 | 1.00 | 1 | $38,500.00 |
| Los Angeles, CA | Standees/ Danglers | N/A | Targeting Depot - 15 Fitness Centers (1) Standee per location | 09/16/2019 10/13/2019 | 1.00 | 1 | $5,500.00 |
| Los Angeles, CA | Bar Media | BAR MEDIA | Around the Depot: 2 Posters per location, 1,500 Coaster per location, and added value: 1 Mirror Cling, Table Tents (quantity pending availability). 68 locations. | 09/16/2019 10/13/2019 | 1.00 | 1 | $6,346.88 |
| Los Angeles, CA | Coffee Cup/Sleeves | Coffee Sleeves Depot | "Cafés & Coffee Shop Network, ""Around the Depot Targeted Zips"" 156,000 Sleeves spread over 4 months - 40,000 Sleeves per month (20 - 25 venues per month)" | 09/16/2019 10/13/2019 | 1.00 | 1 | $11,154.00 |
| Los Angeles, CA | Wild Postings | gs -... | (300) Units installed per 2-week period. | 09/16/2019 10/13/2019 | 2.00 | 1 | $19,800.00 |
| Los Angeles, CA | Bulletin | LA-015 | N/S Sunset Blvd W/O N. Alvarado St | 09/02/2019 09/29/2019 | 1.00 | 1 | $27,500.00 |
| Los Angeles, CA | Barricade | LA.B137 | 4th St - Arts District Barricade | 09/02/2019 09/29/2019 | 0.50 | 1 | $16,500.00 |
| Los Angeles, CA | Window Display | s Dep... | Street visible locations in front of establishments, on doors, windows & in vestibules, targeting | 09/16/2019 10/13/2019 | 1.00 | 1 | $16,450.00 |

JOBID: 28681

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com

 **billups**

# Invoice

**Bill To:**
ByProxie
995 Market St
San Francisco, CA 94103

| | |
|---|---|
| Invoice # | 28681-S-001 |
| Invoice Date | |

**Advertiser:**
CaliChill

| | |
|---|---|
| Customer PO # | N/A |
| Terms | Net 30 |

| **Balance Due** | **$154,100.88 USD** |
|---|---|

| **Balance Due** | **$154,100.88 USD** |
|---|---|

Remit To: Billups, Inc. P.O. Box 22012, New York, NY 10087-2012
w: 503.454.0714 | f: 503.379.1931 | e: ar@billups.com
JOBID: 28681

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020 I served a true copy of the foregoing **FIRST AMENDED COMPLAINT** on the individual listed below, by way of the method indicated:

Steven C. Berman                                        *Via E-Mail*
Lydia Anderson-Dana
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
(503) 277-1600
sberman@stollberne.com
landersondana@stollberne.com

Paul Llewellyn (admitted *pro hac vice*)               *Via E-Mail*
Evangeline A.Z. Burbidge (admitted *pro hac vice*)
Amy Kashiwabara (admitted *pro hac vice*)
Lewis & Llewellyn, LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 800-0592
PLlewellyn@lewisllewellyn.com
eburbidge@lewisllewellyn.com
akashiwabara@lewisllewellyn.com

*Attorneys for Defendants Hometown Heart*
*And Eaze Technologies, Inc.*


                                        IMMIX LAW GROUP PC


                                        _____
                                        Nicholas M. M. Drum, OSB No. 063167
                                        Dayna J. Christian, OSB No. 973360
                                        Immix Law Group PC
                                        600 NW Naito Parkway, Suite G
                                        Portland, Oregon 97209
                                        Phone: (503) 802-5533
                                        Fax: (503) 802-5351
                                        E-Mail: dayna.christian@immixlaw.com
                                        E-Mail: nick.drum@immixlaw.com

                                        *Attorneys for Plaintiff*

Page 1–    CERTIFICATE OF SERVICE

Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, OR  97209
Telephone:  503-802-5533
Facsimile:  503-802-5351