**Steven C. Berman**, OSB No. 951769
sberman@stollberne.com
**Lydia Anderson-Dana**, OSB No. 166167
landersondana@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**Paul T. Llewellyn** (admitted *pro hac vice*)
pllewellyn@lewisllewellyn.com
**Evangeline A.Z. Burbidge** (admitted *pro hac vice*)
eburbidge@lewisllewellyn.com
**Amy Kashiwabara** (admitted *pro hac vice*)
akashiwabara@lewisllewellyn.com
LEWIS & LLEWELLYN LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

**Attorneys for Defendants Hometown Heart
and Eaze Technologies, Inc.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BILLUPS INC., an Oregon corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>AMBASSADOR TECHNOLOGIES, INC., dba BYPROXIE, a foreign corporation; HOMETOWN HEART, a foreign corporation; EAZE TECHNOLOGIES, INC., a foreign corporation; and HERBAN INDUSTRIES CA LLC, a foreign limited liability company,<br><br>        Defendants. | Case No.  3:20-cv-00891<br><br>**DECLARATION OF DAVID ADAMS IN SUPPORT OF THE MOTION TO DISMISS BY DEFENDANTS EAZE TECHNOLOGIES, INC. AND HOMETOWN HEART** |

 Page 1 **-  DECLARATION OF DAVID ADAMS**

1.  I, David Adams, am an attorney at law, duly admitted to appear before all Courts of the State of California.  I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.  I have been an employee of Eaze Technologies, Inc. ("Eaze") since March 2018. My current title is Vice President of Payments and Litigation.

3.  Eaze is a Delaware corporation operating in California as the state's largest marketplace for legal cannabis.

4.  In my role as in-house counsel for Eaze, I am familiar with the company's contracting practices.  Eaze has never entered into any contract with Billups, Inc. ("Billups").

5.  Hometown Heart ("HTH") was a California corporation that became Delaware corporation Hometown Heart, Inc. in June of 2020.  Eaze currently owns 49% of HTH.

6.  A cannabis dispensary licensed only in Oakland and San Francisco, HTH could not, and never did, operate outside of California.  And HTH has not operated outside of the San Francisco Bay Area.

7.  As part of Eaze's ownership stake in HTH, and based on my due diligence, I am familiar with HTH's contacting practices.  Just like Eaze, HTH has never entered into any contract with Billups.

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is being made for use as evidence in court and is subject to penalty of perjury.

DATED this 19th day of October, 2020.

By:_____
        David Adams

Page 2 - **DECLARATION OF DAVID ADAMS**