Nicholas M. M. Drum, OSB #063167
Dayna J. Christian, OSB #973360
Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, Oregon 97209
Phone: (503) 802-5533
E-Mail: nick.drum@immixlaw.com
E-Mail: dayna.christian@immixlaw.com

Attorneys for Plaintiff Billups, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BILLUPS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBASSADOR TECHNOLOGIES, INC. dba BYPROXIE, a foreign corporation; HOMETOWN HEART, a foreign corporation; EAZE TECHNOLOGIES INC., a foreign corporation; and HERBAN INDUSTRIES CA LLC, a foreign limited liability company,<br><br>Defendants. | Case No.: 3:20-CV-00891-BR<br><br>**DECLARATION OF DAYNA J. CHRISTIAN IN SUPPORT OF PLAINTIFF BILLUPS, INC.'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT HERBAN INDUSTRIES CA LLC** |

I, Dayna J. Christian, being duly sworn do hereby depose and say:

1.      I am a member of the law firm of Immix Law Group PC and counsel for Billups, Inc. ("Plaintiff" or "Billups"), Plaintiff in the above-captioned matter. I am familiar with the facts and circumstances of this case.

2.      I submit this declaration in support of Plaintiff Billups, Inc.'s Motion for Entry of Default Against Defendant Herban Industries CA LLC.

Page 1 - DECLARATION OF DAYNA J. CHRISTIAN IN SUPPORT OF PLAINTIFF BILLUPS, INC.'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT HERBAN INDUSTRIES CA LLC

Immix Law Group PC
600 NW Naito Pkwy, Ste G
Portland, OR 97209
Phone: (503) 802-5533
Facsimile: (503) 802-5351

3.    As of the date of this declaration, neither Defendant Herban Industries CA LLC ("Herban") nor its counsel has filed an appearance or submitted any notice of intent to appear in the above-captioned matter with my office or, to the best of my knowledge, with the Court.  No answer has been filed by Herban in response to the First Amended Complaint in this case.

4.    On October 30, 2020, my office retained Accurate Document Imaging ("ADI"), a California entity that specializes in process service of legal documents in the Redding, California area, to assist with service upon Herban in this matter.

5.    On October 30, 2020 my office sent the Summons issued by the Clerk of the Court in this matter as well as a true and accurate copy of the First Amended Complaint to ADI for service upon Herban.  ADI confirmed to my office that service was completed upon Herban on October 30, 2020.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED: December 4, 2020

IMMIX LAW GROUP PC

Dayna J. Christian, OSB #973360
Nicholas M. M. Drum, OSB #063167
Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, Oregon 97209
Phone: (503) 802-5533
Fax: (503) 802-5351
E-Mail: nick.drum@immixlaw.com
E-Mail: dayna.christian@immixlaw.com

*Attorneys for Plaintiff*

Page 2 - DECLARATION OF DAYNA J. CHRISTIAN IN SUPPORT OF PLAINTIFF BILLUPS, INC.'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT HERBAN INDUSTRIES CA LLC

Immix Law Group PC
600 NW Naito Pkwy, Ste G
Portland, OR 97209
Phone: (503) 802-5533
Facsimile: (503) 802-5351

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 4, 2020 I served a true copy of the foregoing **DECLARATION OF DAYNA J. CHRISTIAN IN SUPPORT OF PLAINTIFF BILLUPS, INC.'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT HERBAN INDUSTRIES CA LLC** on the individuals listed below, by way of the method indicated:

Steven C. Berman                                                    *Via E-Mail*
Lydia Anderson-Dana
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
(503) 277-1600
sberman@stollberne.com
landersondana@stollberne.com

Paul Llewellyn (admitted *pro hac vice*)                            *Via E-Mail*
Evangeline A.Z. Burbidge (admitted *pro hac vice*)
Amy Kashiwabara (admitted *pro hac vice*)
Lewis & Llewellyn, LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 800-0592
PLlewellyn@lewisllewellyn.com
eburbidge@lewisllewellyn.com
akashiwabara@lewisllewellyn.com

*Attorneys for Defendants Hometown Heart*
*and Eaze Technologies, Inc.*

IMMIX LAW GROUP PC

_____
Dayna J. Christian, OSB No. 973360
Nicholas M. M. Drum, OSB No. 063167
Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, Oregon 97209
Phone: (503) 802-5533
Fax: (503) 802-5351
E-Mail: dayna.christian@immixlaw.com
E-Mail: nick.drum@immixlaw.com

*Attorneys for Plaintiff*

Page 1 – CERTIFICATE OF SERVICE