UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BILLUPS, INC., an Oregon corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>AMBASSADOR TECHNOLOGIES, INC. dba BYPROXIE, a foreign corporation; HOMETOWN HEART, a foreign corporation; EAZE TECHNOLOGIES INC., a foreign corporation; and HERBAN INDUSTRIES CA LLC, a foreign limited liability company,<br><br>        Defendants. | Case No.: 3:20-CV-00891-BR<br><br>**ORDER OF DEFAULT AS TO HERBAN INDUSTRIES CA LLC** |

    Based on the record herein, Plaintiff Billups, Inc.'s Motion for Entry of Default Against Defendant Herban Industries CA LLC is hereby GRANTED. The Clerk shall enter the default of Defendant Herban Industries CA LLC.

    DATED: this 9th day of December 2020

                                      /s/ Anna J. Brown
                                      Anna J. Brown
                                      United States Senior
                                      District Court Judge