Nicholas M. M. Drum, OSB #063167
Dayna J. Christian, OSB #973360
Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, Oregon 97209
Phone: (503) 802-5533
E-Mail: nick.drum@immixlaw.com
E-Mail: dayna.christian@immixlaw.com

Attorneys for Plaintiff Billups, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BILLUPS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBASSADOR TECHNOLOGIES, INC. dba BYPROXIE, a foreign corporation; HOMETOWN HEART, a foreign corporation; EAZE TECHNOLOGIES INC., a foreign corporation; and HERBAN INDUSTRIES CA LLC, a foreign limited liability company,<br><br>Defendants. | Case No.: 3:20-CV-00891-BR<br><br>**DECLARATION OF DAYNA J. CHRISTIAN IN SUPPORT OF PLAINTIFF BILLUPS, INC.'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMBASSADOR TECHNOLOGIES, INC., DBA BYPROXIE** |

I, Dayna J. Christian, being duly sworn do hereby depose and say:

1.      I am a member of the law firm of Immix Law Group PC and counsel for Billups, Inc. ("Plaintiff" or "Billups"), Plaintiff in the above-captioned matter.  I am familiar with the facts and circumstances of this case.

2.      I submit this declaration in support of Plaintiff Billups, Inc.'s Motion for Entry of Default Against Defendant Ambassador Technologies, Inc., dba ByProxie.

Immix Law Group PC
600 NW Naito Pkwy, Ste G
Portland, OR 97209
Phone: (503) 802-5533
Facsimile: (503) 802-5351

3.      As of the date of this declaration, neither Defendant Ambassador Technologies, Inc., dba ByProxie ("Ambassador") nor its counsel has filed an appearance or submitted any notice of intent to appear in the above-captioned matter with my office or, to the best of my knowledge, with the Court.  No answer has been filed by Ambassador in response to the First Amended Complaint in this case.

4.      On December 2, 2020, my office retained DM Professional Services ("DM"), a Delaware entity that specializes in process service of legal documents in the Wilmington, Delaware area, to assist with service upon Ambassador in this matter.

5.      On December 2, 2020, my office sent the Summons issued by the Clerk of the Court in this matter as well as a true and accurate copy of the First Amended Complaint to DM for service upon Ambassador.  DM confirmed to my office that service was completed upon Ambassador on December 3, 2020.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED: January 4, 2021

IMMIX LAW GROUP PC

_____
Dayna J. Christian, OSB #973360
Nicholas M. M. Drum, OSB #063167
Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, Oregon 97209
Phone: (503) 802-5533
Fax: (503) 802-5351
E-Mail: nick.drum@immixlaw.com
E-Mail: dayna.christian@immixlaw.com

*Attorneys for Plaintiff*

Page 2 - DECLARATION OF DAYNA J. CHRISTIAN IN SUPPORT OF PLAINTIFF BILLUPS, INC.'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMBASSADOR TECHNOLOGIES, INC., DBA BYPROXIE

Immix Law Group PC
600 NW Naito Pkwy, Ste G
Portland, OR 97209
Phone: (503) 802-5533
Facsimile: (503) 802-5351

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2021 I served a true copy of the foregoing **DECLARATION OF DAYNA J. CHRISTIAN IN SUPPORT OF PLAINTIFF BILLUPS, INC.'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMBASSADOR TECHNOLOGIES, INC., DBA BYPROXIE** on the individuals listed below, by way of the method indicated:

| | |
|---|---|
| Steven C. Berman | *Via E-Mail* |
| Lydia Anderson-Dana | |
| Stoll Stoll Berne Lokting & Shlachter P.C. | |
| 209 SW Oak Street, Suite 500 | |
| Portland, OR 97204 | |
| (503) 277-1600 | |
| sberman@stollberne.com | |
| landersondana@stollberne.com | |

| | |
|---|---|
| Paul Llewellyn (admitted *pro hac vice*) | *Via E-Mail* |
| Evangeline A.Z. Burbidge (admitted *pro hac vice*) | |
| Amy Kashiwabara (admitted *pro hac vice*) | |
| Lewis & Llewellyn, LLP | |
| 601 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 800-0592 | |
| PLlewellyn@lewisllewellyn.com | |
| eburbidge@lewisllewellyn.com | |
| akashiwabara@lewisllewellyn.com | |

*Attorneys for Defendants Hometown Heart
and Eaze Technologies, Inc.*

IMMIX LAW GROUP PC

_____
Dayna J. Christian, OSB No. 973360
Nicholas M. M. Drum, OSB No. 063167
Immix Law Group PC
600 NW Naito Parkway, Suite G
Portland, Oregon 97209
Phone: (503) 802-5533
Fax: (503) 802-5351
E-Mail: dayna.christian@immixlaw.com
E-Mail: nick.drum@immixlaw.com

*Attorneys for Plaintiff*

Page 1 – CERTIFICATE OF SERVICE