UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BILLUPS, INC., an Oregon corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>AMBASSADOR TECHNOLOGIES, INC. dba BYPROXIE, a foreign corporation; HOMETOWN HEART, a foreign corporation; EAZE TECHNOLOGIES INC., a foreign corporation; and HERBAN INDUSTRIES CA LLC, a foreign limited liability company,<br><br>              Defendants. | Case No.: 3:20-CV-00891-BR<br><br>**ORDER OF DEFAULT AS TO AMBASSADOR TECHNOLOGIES, INC., DBA BYPROXIE** |

      Based on the record herein, Plaintiff Billups, Inc.'s Motion for Entry of Default Against Defendant Ambassador Technologies, Inc., dba ByProxie is hereby GRANTED. The Clerk shall enter the default of Defendant Ambassador Technologies, Inc., dba ByProxie.

      DATED: this 5th day of January 2021

                                                  /s/ Anna J. Brown
                                              _____
                                              Anna J. Brown
                                              United States Senior
                                              District Court Judge